# United States Bankruptcy Court
## Eastern District of Wisconsin

In re   **Shawn Robert Mathiesen,**
      **Amy Lee Mathiesen**

Case No.    **15-28187**

                Debtors

Chapter              **7**

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 2 | 931,402.50 | | |
| B - Personal Property | Yes | 13 | 35,308.52 | | |
| C - Property Claimed as Exempt | Yes | 4 | | | |
| D - Creditors Holding Secured Claims | Yes | 3 | | 2,371,135.49 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 11 | | 3,840,194.34 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 2 | | | 13,537.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 13,537.00 |
| Total Number of Sheets of ALL Schedules | | 41 | | | |
| Total Assets | | | 966,711.02 | | |
| Total Liabilities | | | | 6,211,329.83 | |

# United States Bankruptcy Court
## Eastern District of Wisconsin

In re **Shawn Robert Mathiesen,**
**Amy Lee Mathiesen**

Case No. ___**15-28187**___

_____,
Debtors

Chapter ___**7**___

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

■ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 12) | |
| Average Expenses (from Schedule J, Line 22) | |
| Current Monthly Income (from Form 22A-1 Line 11; OR, Form 22B Line 14; OR, Form 22C-1 Line 14 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

In re    **Shawn Robert Mathiesen,**            Case No.    **15-28187**
       **Amy Lee Mathiesen,**

                           Debtors

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **HOME AT: 9110 2 Mile Road, Franksville, WI 53126** **2 parcels; Tax Nos. 012-04-21-33-018-010 &012-04-21-32-034-010; 65.72 and 15.04 acres respectively.** **Appraisal February 2015 valued property at $724,000.00; 2014 tax assessed value was $500,100.00** **$724,000 - 9% cost of sale = $658,840.00** | **HOMESTEAD** | **C** | 658,840.00 | 954,891.03 |
| **ONEIDA COUNTY: 2893 Kelly Fire Lane, Little Rice, WI 54487.** **House on 4 parcels with #: LR 355 1-4** **Total 2014 tax FMV = $302,500.00** **Appraisal dated April 23, 2015 = $195,000 less 9% cost of sale = $177,450.00** | **FEE SIMPLE** | **C** | 177,450.00 | 184,797.00 |
| **LINCOLN COUNTY/Somo:** **W111081 Green Drive, Tripoli, WI** **10 acres with a trailer (2 parcels) each solely in Amy's name.** **Tax Key No. 28.043504.015.002 and 28.043505.015.006** **Tax Assessed FMV $45,400** **Appraisal of LAND ONLY dated 8/27/14 value = $15,000.00 less 9% broker's fee $13,650. Note that is is probably high as brokers now have minimum fees. See Schedule B for trailer** | **FEE SIMPLE** | **C** | 13,650.00 | 305,903.00 |
| **TOWN OF YORKVILLE: 19411 Washington Ave., Union Grove, WI 53182** **Vacant Land: Tax Parcel Numbers:** **03-21-07-001-022 - fmv per 2014 tax bill = $51,500.** **03-21-07-001-023 - fmv per 2014 tax bill = $59,100** **Debtor owns property jointly with Michael Rudan (who surrendered his interest in his Ch 7 bankruptcy)** | **FEE SIMPLE** | **C** | 55,300.00 | 464,749.46 |

                               Sub-Total >      **905,240.00**      (Total of this page)

   **1**    continuation sheets attached to the Schedule of Real Property

In re    **Shawn Robert Mathiesen,**
              **Amy Lee Mathiesen**

Case No.    __15-28187__

                             Debtors

# SCHEDULE A - REAL PROPERTY
### (Continuation Sheet)

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **PRICE COUNTY, Town of Knox, WI: (1) 40 acre plot, Parcel 2; raw hunting land no improvements. Tax ID: 12576 Mathiesen Land Company, LLC. owns a second adjacent 40 acre plot, Parcel 1, Tax ID 12577. An appraisal dated 9/10/2014, appraised 160 acres (4 parcels including 2 which are owned by Judith Mathiesen) at $115,000.**<br>**Debtors' 1/4 of total appraised property has a value of $28,750.00 less 9% cost of sale = $26,162.50$52325.00** | **FEE SIMPLE** | **C** | 26,162.50 | 305,903.00 |

|  | | |
|---|---|---|
| Sub-Total > | **26,162.50** | (Total of this page) |
| Total > | **931,402.50** | |

Sheet __1__ of __1__ continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

In re　**Shawn Robert Mathiesen,**　　　　　　　　　　Case No.　__15-28187__
　　　　**Amy Lee Mathiesen,**
　　　　　　　　　　　　　　　　　　　　　　　　,
　　　　　　　　　　　　　Debtors

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | | **Cash** | - | 10.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Savings account in Shawn's name**<br>**Wells Fargo Bank**<br>**6005 Durand Avenue**<br>**Racine, WI 53406** | C | 184.39 |
| | | **Custodial Account for daughter who has now attained the age of 18; Amy is custodian and has bare legal title. Not part of the bankruptcy estate.**<br>**See SOFA** | C | 0.00 |
| | | **Checking in Shawn's name (used to escrow taxes)**<br>**North Shore Bank Savings**<br>**Corporate Office**<br>**15700 West Bluemount Road**<br>**Brookfield, WI 53005** | C | 12.47 |
| | | **Checking account - Joint**<br>**Park City Credit Union**<br>**1213 N. 4th St.**<br>**Tomahawk, WI 54487** | C | 5.00 |
| | | **Checking and Savings in Shawn's name**<br>**Educators Credit Union**<br>**Corporate Office**<br>**1326 Willow Road**<br>**Mt. Pleasant, WI 53177** | C | 136.23 |
| | | **Checking account in Amy's name**<br>**Community State Bank**<br>**1500 Main St.**<br>**Union Grove, WI 53182** | C | 595.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |

Sub-Total >　　　**943.09**
(Total of this page)

__6__　continuation sheets attached to the Schedule of Personal Property

In re    **Shawn Robert Mathiesen,**          Case No.    **15-28187**
         **Amy Lee Mathiesen**

                                   Debtors

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | **See attached.** **Plus $2000.00 (includes household items located at Homestead - Sturtevant, WI and home in Oneida County, WI) of misc. items, none of which individually is worth more than $20.00** | **C** | **6,720.00** |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | **Misc. articles of clothing** | **-** | **1,000.00** |
| 7. Furs and jewelry. | | **Wedding and engagement ring; small diamond earrings; inherited diamond ring from grandmother; Amy has very little jewelry of any kind** | **C** | **3,000.00** |
| 8. Firearms and sports, photographic, and other hobby equipment. | | **Remington 30-06, Springfield 7100** | **C** | **400.00** |
| | | **Remington 12 gauge S70 shot gun** | **C** | **300.00** |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **Genworth; Term insurance: policy XXX6375, Shawn is the insured, with face value of $250,000; required by Community State Bank, which is the beneficiary, with Amy as second beneficiary.** | **C** | **0.00** |
| | | **Lincoln Benefit Life Insurance - Debtors have whole life insurance policies on their children, Policy XXXXXX5792 = $44.79, Policy XXXXXX5793 = $168.36, Policy XXXXXX5794 = $49.94, Policy XXXXXX5795 = $220.97. Total $480.06** | **C** | **480.06** |
| | | **Wisconsin Farm Bureau Federation: accidental death - term policy in the amount of $2,900.00** | **C** | **0.00** |
| | | **Ing ReliaStar Life Insurance - Term policy No. XXXXXX4183 on Shawn's life face value $2,000,000.00 with Amy as beneficiary** | **C** | **0.00** |
| | | **Genworth Life Insurance Adjustable Life Insurance Policy No. XXX4047, on Shawn's life with Community State Bank as primary beneficiary and Amy as secondary.** | **C** | **685.37** |
| 10. Annuities. Itemize and name each issuer. | X | | | |

                                         Sub-Total >        **12,585.43**
                                           (Total of this page)

Sheet **1** of **6** continuation sheets attached
to the Schedule of Personal Property

In re    **Shawn Robert Mathiesen,**                  Case No.    __15-28187__
           **Amy Lee Mathiesen**
                                           Debtors

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **TopChoice, LLC.**<br>**Entity ID: T041833**<br>**Jurisdiction State: Wisconsin**<br>**Registered Effective Date: 10/11/2006**<br>**Period of Existence: PER**<br>**Status: Resored to Good Standing/Active**<br>**Status date: 10/11/2006**<br>**Entity Type: Domestic Limited Liability Company**<br>**Registered Agent: Deborah K. Homan**<br>**Address of Reg.    5419 Pine Tree Road**<br>**agent & Principal    PO Box 111**<br>**Address            Sturgeon Bay, WI 53245**<br>**This corporation owns a strip mall at 17091 Teut Road, Burlington, WI**<br>**Debtors have a 25% interest in Top Choice, LLC**<br>**SEE ATTACHED BALANCE SHEET** | C | 0.00 |
| | | **Mathiesen Land Company, LLC.**<br>**Entity ID:   M059879**<br>**Jurisdiction State: Wisconsin**<br>**Registered Effective Date: 10/16/2003**<br>**Period of Existence: PER**<br>**Status:   Restored to Good Standing/Active**<br>**Entity Type: Domestic Limited Liability Company**<br>**Registered Agent: Amy Mathiesen**<br>**Office and         9110 Two Mile Rd.**<br>**Principal Office     Franksville, WI 53126**<br>**Amy has 100% interest in Mathiesen Land Company, LLC.**<br>**This is a real estate holding company.**<br>**SEE ATTACHED BALANCE SHEET** | C | 0.00 |

|  |  |
|---|---|
| Sub-Total > | 0.00 |
| (Total of this page) | |

Sheet  __2__  of  __6__  continuation sheets attached
to the Schedule of Personal Property

In re    **Shawn Robert Mathiesen,**                          Case No.      **15-28187**

        **Amy Lee Mathiesen**

                                Debtors

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | **The Lemon Frog, LLC.**<br>**Entity ID:  T055725**<br>**Jurisdiction St:  WI**<br>**Registered Effective Date: 02/01/2012**<br>**Period of Existence:  PER**<br>**Status:  Organized**<br>**Status Date: 02/1/2012**<br>**Entity Type:  Domestic Limited Liability Company**<br>**Amy has a 50% ownership interest.**<br>**This is a consignment store in Burlington.**<br>**SEE ATTACHED BALANCE SHEET** | **C** | **0.00** |
| | | **Shawn Robert's Lawn & Tree, Inc.**<br>**THIS CORPORATION WAS FORCED INTO**<br>**RECEIVERSHIP, Racine County Case 2014CV1156.**<br>**Attorney Michael Polsky (of Beck, Chaet,**<br>**Bamberger & Polsky, S.C.) as receiver.**<br>**Remaining property has been abandoned.**<br>**Judgment and Order for Application for Payment of**<br>**Final Fees have been entered.**<br>**Entity ID:  R030481**<br>**Jurisdiction State:  WI**<br>**Effective Registered Effective Date: 3/22/1995**<br>**Period of Existence:  PER**<br>**Status:  Restored to Good Standing**<br>**Status Date: 4/30/2014**<br>**Registered Agent:  Michael S. Polsky, Esq.**<br>**Office:**        **Two Plaza East, Suite 1085**<br>               **330 East Kilbourn Ave.**<br>               **Milwaukee, WI  53202**<br>**Principal Office:  3617 County Highway H**<br>               **PO Box 427**<br>               **Sturtevant, WI  53177-9427**<br>**Shawn has a 100% ownership interest in this**<br>**corporation. He intends to dissolve the corporation.**<br>**SEE ATTACHED BALANCE STATEMENT** | **C** | **0.00** |

                                                          Sub-Total >         **0.00**
                                                (Total of this page)

Sheet   **3**   of   **6**   continuation sheets attached
to the Schedule of Personal Property

Case 15-28187-gmh    Doc 11    Filed 08/19/15    Page 8 of 75

In re   **Shawn Robert Mathiesen,**
       **Amy Lee Mathiesen**

                                     Debtors

Case No.   **15-28187**

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | SKS Nursery, Inc.<br>**THIS CORPORATION WAS FORCED INTO RECEIVERSHIP, Racine County Case 2014CV1156. Attorney Michael Polsky (of Beck, Chaet, Bamberger & Polsky, S.C.) as receiver. Property (trees, bushes etc.) was found to have no value and has been abandoned by receiver. Judgment and Order for Application for Payment of Final Fees have been entered. Entity ID: S05945 Registered Effective Date: 7/17/2001 Period of Existance: Per Adminstratively Dissolved: 9/13/2011 Entity Type: Domestic Business Registered Agent: Shawn Robert Mathiesen Address of Registered 3617 Highway H Agent & Principal PO Box 427 Address Sturtevant, WI 53177-9427**<br><br>**Debtors have 100% interest in SKS Nursery, Inc. No current value. Trees (approximately 7,000 - 8,000) have not been tended for approx. 4 years. There may be 2,000 very small trees sellable at $20 - $25 each, if cared for, pruned and if someone is willing to dig them out.** | C | 0.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |

Sub-Total >     **0.00**
(Total of this page)

Sheet  **4**  of  **6**  continuation sheets attached
to the Schedule of Personal Property

In re    **Shawn Robert Mathiesen,**                  Case No.    __15-28187__

         **Amy Lee Mathiesen**

                                             Debtors

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | **Debtors have a possible claim against Christopher Cox for damages to their lawn.  Mr. Cox has been charged with several felonies involving Debtors and Shawn Roberts Lawn Sevice LLC. from which it is alleged that he stole significant amounts of gasoline over a period of time.  Unknown as to whether or not there will be restitution ordered or if it is even collectible. Debtors do not know if they will be awarded any money.** | C | 1,000.00 |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2015 Suburban** | C | 0.00 |
| | | **2012 Grizzly 4-wheeler price below represents average price on ATV Trader Online;  Shawn Roberts, Inc. uses and makes monthly payments to creditor** | C | 4,500.00 |
| | | **2009 Yamaha Nytro with 9,000+ miles and in fair condition** | C | 3,100.00 |
| | | **2009 Ski Doo SS600; snowmobile 7000+ miles in fair condition** | C | 2,880.00 |
| | | **2009 Arctic Cat 700 EFI Prowler; side by side; rough condition -- rolled over;  3000+ miles** | C | 3,000.00 |
| | | **2004 Yamaha Wolverine 4 wheeler, rough condition; mileage unknown** | C | 1,000.00 |

| | Sub-Total > | 15,480.00 |
|---|---|---|
| | (Total of this page) | |

Sheet __5__ of __6__ continuation sheets attached
to the Schedule of Personal Property

In re    **Shawn Robert Mathiesen,**                 Case No.    __15-28187__
        **Amy Lee Mathiesen**

                                        Debtors

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | **2005 Ski-doo 500SS 9,000+ miles; fair condition** | **C** | **1,000.00** |
| | | **Trailer (Beckenridge 1999 11' x34") located in Lincoln County** | **C** | **5,000.00** |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | | **Chihuahua and horse (9 years old). Sentimental value only. Cost of boarding horse exceeds value.** | **C** | **0.00** |
| | | **Misc. articles used with animals: bowls, saddles, riding tack and blankets, etc.** | **C** | **300.00** |
| | | **Horse, realistically cost of boarding is more than animal is worth** | **C** | **0.00** |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | **Amy is the custodian of Fidelity Investment Accounts (UTMA-WI) for the Debtors' four children, two of which are now 18 years of age. Not part of the bankruptcy estate. See SOFA** | **C** | **0.00** |

|  |  |
|---|---|
| Sub-Total > (Total of this page) | **6,300.00** |
| Total > | **35,308.52** |

(Report also on Summary of Schedules)

Sheet __6__ of __6__ continuation sheets attached
to the Schedule of Personal Property

<u>Mathiesen Household Goods and Furnishings</u>

<u>Home at 9110 2 Mile Road:</u>

|  | <u>Value</u> |
|---|---|
| Kitchen table & Chairs | $75.00 |
| Sofa | $75.00 |
| Love Seat | $50.00 |
| Recliner | $40.00 |
| 2 chairs | $80.00 |
| Ottoman | $25.00 |
| Sofa | $75.00 |
| Love Seat | $75.00 |
| Recliner | $100.00 |
| Dining Room table & Chairs | $250.00 |
| Hutch | $250.00 |
| Bedroom set: | |
| Bed, 2 dressers & TV stand | $300.00 |
| TV | $100.00 |
| Bedroom set: | |
| Bed, dresser & chair | $200.00 |
| Bedroom set: | |
| Bed and dresser | $150.00 |
| Bedroom set: | |
| Bed, dresser & chest | $200.00 |
| Bedroom set: | |
| Bed and dresser | $150.00 |
| TVs | $400.00 |
| Basement | |
| 2 sofas & 2 chairs | $150.00 |
| 2 Tables | $75.00 |
| Foozeball table | $50.00 |
| Misc. Pictures | <u>$250.00</u> |
|  | $3,120.00 |

<u>House at 2793 Kelly Fire Lane</u>:

2 Recliners
1 Sofa
2 Tables                      $300.00

Kitchen table w/ chairs       $175.00

Bed
Chair
Sofa                         $325.00

Twin beds and table        $200.00

2 Sofas                   $150.00
Recliner                  $  50.00

2 bunkbeds            $300.00

Moveable bar          $  50.00

Misc. Pictures         <u>$150.00</u>

                             $1700.00

<u>Assets & Liabilities</u>
<u>Top Choice, LLC.</u>

Shawn Mathiesen is a 50% owner of this single asset corporation:

Asset:
      50% ownership of a strip mall
      located at:    17091 Teut Rd. Burlington, WI

      Recent offer of purchase $950,000.00
          countered with  $1.1 million - not accepted
          by Talmer Bank          $950,000.00


Liability:
      Talmer Bank          <u>$1,400,000.00</u>
                    ($450,000.00)


                Equity      - $00 -

<u>Assets and Liabilities</u>
<u>Lemon Frog, LLC.</u>

Amy is 50% owner; she is not responsible for bookkeeping/income.

This is a consignment shop and the inventory consists of hundreds of low value items of used clothes owned by a variety of people too numerous to list here.

Location is:   123 Anywhere Street

Assets:

      Minimal furniture
       (furniture is also consignment items and for sale)      $75.00

      Minimal stationery, pens, cleaning supplies
      and equipment, cash register, et.      $25.00

      Bank account      Unknown

Liabilities:

| | |
|---|---|
| Lease of premises | Unknown |
| Insurance | Unknown |
| Advertising | Unknown |
| Payments to owners of items sold | Unknown |
| Items placed with business for sale | <u>Unknown</u> |

No value/equity

Business has lost money last 2 years.  It was opened solely to fill space at the strip mall located at 17091 Teut Road, Burlington, Wisconsin owned by TopChoice LLC and thus make the mall more attractive to possible purchasers as the mall is for sale.

<u>Assets and Liabilities</u>
<u>Mathiesen Land Company, LLC</u>

Assets:

Bank account at Community State Bank:
        Balance as of 7/10/15              $   1,000.00

Property located at:
    (1)    3617 Hwy H
           Sturtevant, WI 53177
           Parcel #03-22-28-006-001
           Appraisal dated July 16, 2013        $290,000.00

    (2)    Price County - 50% ownership
           W985 Stony Road/N4680 Circle Dr.
           Brantwood, WI 54513
           Appraisal dated August 27, 2014      $   28,750.00 (1/4 of $115,000)

Equipment (*security for Community State Bank Business Loan)*:
    2007 #400380  C4500
    2004 #515186  C4500
    2006 #410831  C4500
    2004 #515218  C4500
    Coneilus Con Pro Trailer
    2005 GMC 3500  Truck

    1996 312C  Caterpillar Backhoe
    2013 259    Caterpillar Trac          $ 43,659.00

Misc. Office Furniture and equipment        $1,000.00

<u>Liabilities:</u>

    (1)    Community State Bank Mortgage
           Security: Hwy H Property        $305,903.00
           Security: Price County Property

    (2)    Community State Bank Business Note     $ 43,659.00
           (Dragnet Clause)

    (3)    Talmer Bank                $409,246.00

              Value/Net equity =   $-0-

<u>Assets and Liabilities for</u>
<u>Shawn Robert's Lawn & Tree , Inc.</u>


This corporation was forced into a receivership, Racine County case 2014CV1156, Attorney Michael Polsky (of Beck, Chaet, Bamberger & Polsky, S.C.) as receiver.

Receiver reviewed all equipment and sold those items that had any value.    The equipment remaining either has no value or is encumbered by liens.

Assets: The following equipment has been transferred  to Shawn Roberts, Inc., in exchange for making  payments due on the equipment: **

| | |
|---|---|
| New Holland Boomer Compact 3045 Tractor | ZAD12485 |
| New Holland Compact Track C175 Loader | NAM417433 |
| Landpride AFM4211 Grooming Mower | 589924 |
| New Holland C238 Compact Track Loader | JAF0C238EBM425212 |

                                    Total value of equipment is less than       $76,000.00

Liabilities:

CNH Capital
      Debt secured by equipment listed above as of 4/8/15:    ($76,394.00)

CNH Capital Credit Card                             <u>($   8,571.23)</u>


                                         Net Equity/Value =  $-0-

CNH has a writ of replevin for equipment as of 6/24/15


Corporation has a claim against Christopher Cos for approximately $9,500.00 in stolen gasoline. Exempted on Schedule B as it is one of several criminal complaints filed by DA – involving Debtors and Corporation.

**As a result of the replevin, the equipment was returned to Case New Holland on August 12, 2015.

In re    **Shawn Robert Mathiesen,**
       **Amy Lee Mathiesen**

                     Debtors

Case No.    __15-28187__

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)
- ☑ 11 U.S.C. §522(b)(2)
- ☐ 11 U.S.C. §522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds
$155,675. *(Amount subject to adjustment on 4/1/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.)*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Real Property** | | | |
| **HOME  AT:  9110  2 Mile Road, Franksville, WI 53126**<br>**2 parcels;  Tax Nos.  012-04-21-33-018-010 &012-04-21-32-034-010;  65.72 and 15.04  acres respectively.**<br>**Appraisal February 2015 valued property at $724,000.00; 2014 tax assessed value was $500,100.00**<br>**$724,000 - 9% cost of sale = $658,840.00** | 11 U.S.C. § 522(d)(1) | 1.00 | 658,840.00 |
| **ONEIDA COUNTY:  2893 Kelly Fire Lane, Little Rice, WI  54487.**<br>**House on 4 parcels with  #:  LR 355 1-4**<br>**Total 2014 tax FMV = $302,500.00**<br>**Appraisal dated April 23, 2015 = $195,000 less 9% cost of sale = $177,450.00** | 11 U.S.C. § 522(d)(5) | 1.00 | 177,450.00 |
| **LINCOLN COUNTY/Somo:**<br>**W111081 Green Drive, Tripoli, WI**<br>**10 acres with a trailer (2 parcels) each solely in Amy's name.**<br>**Tax Key No. 28.043504.015.002 and 28.043505.015.006**<br>**Tax Assessed FMV $45,400**<br>**Appraisal of LAND ONLY dated 8/27/14 value = $15,000.00 less 9% broker's fee $13,650.  Note that is is probably high as brokers now have minimum fees.  See Schedule B for trailer** | 11 U.S.C. § 522(d)(5) | 1.00 | 13,650.00 |
| **TOWN OF YORKVILLE: 19411 Washington Ave., Union Grove, WI  53182**<br>**Vacant Land:  Tax Parcel Numbers:**<br>**03-21-07-001-022 - fmv per 2014 tax bill = $51,500.**<br>**03-21-07-001-023 - fmv per 2014 tax bill = $59,100**<br>**Debtor owns property jointly with Michael Rudan (who surrendered his interest in his Ch 7 bankruptcy)** | 11 U.S.C. § 522(d)(5) | 1.00 | 110,600.00 |

   __3__    continuation sheets attached to Schedule of Property Claimed as Exempt

In re    **Shawn Robert Mathiesen,**                Case No.    **15-28187**
            **Amy Lee Mathiesen**

                                    Debtors

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT
(Continuation Sheet)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **PRICE COUNTY, Town of Knox, WI: (1) 40 acre plot, Parcel 2; raw hunting land no improvements.**<br>**Tax ID: 12576 Mathiesen Land Company, LLC. owns a second adjacent 40 acre plot, Parcel 1, Tax ID 12577. An appraisal dated 9/10/2014, appraised 160 acres (4 parcels including 2 which are owned by Judith Mathiesen) at $115,000.**<br>**Debtors' 1/4 of total appraised property has a value of $28,750.00 less 9% cost of sale = $26,162.50$52325.00** | 11 U.S.C. § 522(d)(5) | 1.00 | 26,162.50 |
| **Cash on Hand**<br>**Cash** | 11 U.S.C. § 522(d)(5) | 10.00 | 10.00 |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit**<br>**Savings account in Shawn's name**<br>**Wells Fargo Bank**<br>**6005 Durand Avenue**<br>**Racine, WI 53406** | 11 U.S.C. § 522(d)(5) | 184.39 | 184.39 |
| **Checking in Shawn's name (used to escrow taxes)**<br>**North Shore Bank Savings**<br>**Corporate Office**<br>**15700 West Bluemount Road**<br>**Brookfield, WI 53005** | 11 U.S.C. § 522(d)(5) | 12.47 | 12.47 |
| **Checking and Savings in Shawn's name**<br>**Educators Credit Union**<br>**Corporate Office**<br>**1326 Willow Road**<br>**Mt. Pleasant, WI 53177** | 11 U.S.C. § 522(d)(5) | 136.23 | 136.23 |
| **Checking account in Amy's name**<br>**Community State Bank**<br>**1500 Main St.**<br>**Union Grove, WI 53182** | 11 U.S.C. § 522(d)(5) | 595.00 | 595.00 |
| **Household Goods and Furnishings**<br>**See attached.**<br>**Plus $2000.00 (includes household items located at Homestead - Sturtevant, WI and home in Oneida County, WI) of misc. items, none of which individually is worth more than $20.00** | 11 U.S.C. § 522(d)(3) | 6,720.00 | 6,720.00 |
| **Wearing Apparel**<br>**Misc. articles of clothing** | 11 U.S.C. § 522(d)(3) | 1,000.00 | 1,000.00 |
| **Furs and Jewelry**<br>**Wedding and engagement ring; small diamond earrings; inherited diamond ring from grandmother; Amy has very little jewelry of any kind** | 11 U.S.C. § 522(d)(4) | 3,000.00 | 3,000.00 |

Sheet  **1**  of  **3**  continuation sheets attached to the Schedule of Property Claimed as Exempt

In re    **Shawn Robert Mathiesen,**                                    Case No.    15-28187
         **Amy Lee Mathiesen**

                                                          ,
                                    Debtors
## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT
                              (Continuation Sheet)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Firearms and Sports, Photographic and Other Hobby Equipment** | | | |
| **Remington 30-06, Springfield 7100** | **11 U.S.C. § 522(d)(5)** | **400.00** | **400.00** |
| **Remington 12 gauge S70 shot gun** | **11 U.S.C. § 522(d)(5)** | **300.00** | **300.00** |
| **Interests in Insurance Policies** | | | |
| **Genworth; Term insurance: policy XXX6375, Shawn is the insured, with face value of $250,000; required by Community State Bank, which is the beneficiary, with Amy as second beneficiary.** | **11 U.S.C. § 522(d)(7)**<br>**11 U.S.C. § 522(d)(11)(C)** | **100%**<br>**100%** | **0.00** |
| **Lincoln Benefit Life Insurance - Debtors have whole life insurance policies on their children, Policy XXXXXX5792 = $44.79,  Policy XXXXX5793 = $168.36, Policy   XXXXXX5794 = $49.94, Policy  XXXXXX5795 = $220.97.  Total $480.06** | **11 U.S.C. § 522(d)(8)** | **480.06** | **480.06** |
| **Wisconsin Farm Bureau Federation: accidental death - term policy in the amount of $2,900.00** | **11 U.S.C. § 522(d)(11)(C)** | **1.00** | **0.00** |
| **Ing ReliaStar Life Insurance - Term policy No. XXXXXX4183 on Shawn's life face value $2,000,000.00 with Amy as beneficiary** | **11 U.S.C. § 522(d)(11)(C)** | **100%** | **0.00** |
| **Genworth Life Insurance Adjustable Life Insurance Policy No. XXX4047, on Shawn's life with Community State Bank as primary beneficiary and Amy as secondary.** | **11 U.S.C. § 522(d)(8)**<br>**11 U.S.C. § 522(d)(5)** | **658.33**<br>**27.04** | **685.37** |
| **Stock and Interests in Businesses** | | | |
| **Mathiesen Land Company, LLC.**<br>**Entity ID:  M059879**<br>**Jurisdication State:  Wisconsin**<br>**Registered Effective Date:  10/16/2003**<br>**Period of Existence:  PER**<br>**Status:   Restored to Good Standing/Active**<br>**Entity Type:  Domestic Limited Liability Company**<br>**Registered Agent:  Amy Mathiesen**<br>**Office and        9110 Two Mile Rd.**<br>**Principal Office     Franksville, WI  53126**<br>**Amy  has 100% interest in Mathiesen Land Company, LLC.**<br>**This is a real estate holding company.**<br>**SEE ATTACHED BALANCE SHEET** | **11 U.S.C. § 522(d)(5)** | **1.00** | **0.00** |

Sheet  __2__  of  __3__  continuation sheets attached to the Schedule of Property Claimed as Exempt

In re   **Shawn Robert Mathiesen,**
      **Amy Lee Mathiesen**

Case No.    **15-28187**

                   Debtors

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT
### (Continuation Sheet)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **The Lemon Frog, LLC.**<br>**Entity ID:  T055725**<br>**Jurisdiction St:  WI**<br>**Registered Effective Date:  02/01/2012**<br>**Period of Existence:  PER**<br>**Status:  Organized**<br>**Status Date:  02/1/2012**<br>**Entity Type:  Domestic Limited Liability Company**<br>**Amy has a 50% ownership interest.**<br>**This is a consignment store in Burlington.**<br>**SEE ATTACHED BALANCE SHEET** | 11 U.S.C. § 522(d)(5) | 50.00 | 0.00 |
| **Other Contingent and Unliquidated Claims of Every Nature**<br>**Debtors have a possible claim against Christopher Cox for damages to their lawn.  Mr. Cox has been charged with several felonies involving Debtors and Shawn Roberts Lawn Sevice LLC. from which it is alleged that he stole significant amounts of gasoline over a period of time.  Unknown as to whether or not there will be restitution ordered or if it is even collectible. Debtors do not know if they will be awarded any money.** | 11 U.S.C. § 522(d)(5)<br>11 U.S.C. § 522(d)(5) | 1,000.00<br>0.00 | 1,000.00 |
| **Automobiles, Trucks, Trailers, and Other Vehicles**<br>**2012 Grizzly 4-wheeler price below represents average price on ATV Trader Online;  Shawn Roberts, Inc. uses and makes monthly payments to creditor** | 11 U.S.C. § 522(d)(5) | 4,500.00 | 4,500.00 |
| **2009 Yamaha Nytro with 9,000+ miles and in fair condition** | 11 U.S.C. § 522(d)(2) | 3,100.00 | 3,100.00 |
| **2009 Ski Doo SS600; snowmobile 7000+ miles in fair condition** | 11 U.S.C. § 522(d)(5) | 2,880.00 | 2,880.00 |
| **2009 Arctic Cat 700 EFI Prowler; side by side; rough condition -- rolled over;  3000+ miles** | 11 U.S.C. § 522(d)(2) | 3,000.00 | 3,000.00 |
| **2004 Yamaha Wolverine 4 wheeler, rough condition; mileage unknown** | 11 U.S.C. § 522(d)(5) | 1,000.00 | 1,000.00 |
| **2005 Ski-doo  500SS  9,000+ miles; fair condition** | 11 U.S.C. § 522(d)(5) | 1,000.00 | 1,000.00 |
| **Trailer (Beckenridge 1999  11' x34") located in Lincoln County** | 11 U.S.C. § 522(d)(5) | 5,000.00 | 5,000.00 |
| **Animals**<br>**Misc. articles used with animals:  bowls, saddles, riding tack and blankets, etc.** | 11 U.S.C. § 522(d)(3) | 300.00 | 300.00 |

| | Total: | 35,360.52 | 1,022,006.02 |
|---|---|---|---|

Sheet  **3**  of  **3**  continuation sheets attached to the Schedule of Property Claimed as Exempt

In re   **Shawn Robert Mathiesen,**                    Case No.    **15-28187**
           **Amy Lee Mathiesen,**

                                       Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Community State Bank** <br>**1500 Main Street** <br>**Union Grove, WI 53182** | | C | **1ST MORTGAGE** <br><br>**BUSINESS DEBT: LINCOLN COUNTY/Somo:** <br>**W111081 Green Drive, Tripoli, WI** <br>**PRICE COUNTY on Parcel 2** | | | | | |
| | | | Value $         **13,650.00** | | | | 305,903.00 | 0.00 |
| Account No. <br><br>**Department of Workforce Development** <br>**PO Box 7946** <br>**Madison, WI 53707-7946** | | - | **Unemployment tax warrant** <br><br>**BUSINESS DEBT: All property including: HOME AT: 9110 2 Mile Road, Franksville, WI 53126** | | | | | |
| | | | Value $         **658,840.00** | | | | 50,989.00 | 50,989.00 |
| Account No. xxxxxx2385 <br><br>**Harris BMO Bank Headquarters** <br>**Attn: Bankruptcy** <br>**111 W. Monroe Street, Flr. 21E** <br>**Chicago, IL 60603-4096** | | W | **Opened 10/01/14 Last Active 1/30/15** <br><br>**2015 Suburban** | | | | | |
| | | | Value $         **0.00** | | | | 51,795.00 | 51,795.00 |
| Account No. <br><br>**Internal Revenue Service** <br>**Centralized Insolvency Operations** <br>**P.O. Box 7346** <br>**Philadelphia, PA 19101-7346** | | C | **Federal Tax Lien** <br><br>**All Property including: HOME AT: 9110 2 Mile Road, Franksville, WI 53126** | | | | | |
| | | | Value $         **658,840.00** | | | | 35,320.00 | 35,320.00 |

  **2**   continuation sheets attached

                                    Subtotal                  **444,007.00**         **138,104.00**
                              (Total of this page)

Case 15-28187-gmh    Doc 11    Filed 08/19/15    Page 22 of 75

In re   **Shawn Robert Mathiesen,**                Case No.   **15-28187**
           **Amy Lee Mathiesen**

                                      Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Oneida County Treasurer** <br> **Oneida County Courthouse** <br> **1 S. Oneida Ave.** <br> **Rhinelander, WI 54501** | | C | 2012 - 2014 <br> REAL ESTATE TAXES <br> ONEIDA COUNTY: 2893 Kelly Fire Lane, Little Rice, WI 54487. <br> 4 parcels with #: LR 355 1-4 <br> Total 2014 tax FMV = $302,500.00 <br> Appraisal dated April 23, 2015 = $195,000 les 6% broker's fees and $1500 | | | | | |
| | | | Value $      **177,450.00** | | | | **6,985.00** | **6,985.00** |
| Account No. xxxxxx0200 <br><br> **Park City Credit Union** <br> **300 E. 2nd St.** <br> **Merrill, WI 54452-2316** | | C | Opened 10/22/12  Last Active  2/20/15 <br> ONEIDA COUNTY: 2893 Kelly Fire Lane, Little Rice, WI 54487. <br> House on 4 parcels with #: LR 355 1-4 <br> Total 2014 tax FMV = $302,500.00 <br> Appraisal dated April 23, 2015 = $195,000 less 9% cost of sale = $177,450.00 | | | | | |
| | | | Value $      **177,450.00** | | | | **177,812.00** | **362.00** |
| Account No. <br><br> **Racine County Treasurer** <br> **Racine County Courthouse** <br> **730 Wisconsin Ave.** <br> **Racine, WI 53403** | | - | 2011-2014 <br> Statutory Lien for property taxes <br> VACANT LAND at 19411 Washington Ave., Union Grov, WI 53182 <br> Tax Parcel Numbers: <br> 03-21-07-001-022 - fmv per 2014 tax bill = $51,500. - property tax owed as of 2/28/15 = $5,884.61 | | | | | |
| | | | Value $      **110,600.00** | | | | **12,487.46** | **0.00** |
| Account No. <br><br> **Racine County Treasurer** <br> **Racine County Courthouse** <br> **730 Wisconsin Ave.** <br> **Racine, WI 53403** | | C | 2014 <br> Property Taxes on both parcels <br> HOME AT: 9110  2 Mile Road, Franksville, WI 53126 <br> 2 parcels; Tax Nos. <br> 012-04-21-33-018-010 <br> &012-04-21-32-034-010;  65.72 and 15.04 acres respectively. | | | | | |
| | | | Value $      **658,840.00** | | | | **9,518.00** | **9,518.00** |
| Account No. <br><br> **Talmer Bank & Trust** <br> **825 Water Street** <br> **Port Huron, MI 48060** | | - | 2ND MORTGAGE/HOME EQUITY - BUSINESS DEBT <br> HOME AT: 9110  2 Mile Road, Franksville, WI 53126 <br> 2 parcels; Tax Nos. <br> 012-04-21-33-018-010 <br> &012-04-21-32-034-010;  65.72 and 15.04 acres respectively. | | | | | |
| | | | Value $      **658,840.00** | | | | **235,238.00** | **186,578.00** |

Sheet  **1**  of  **2**  continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | | |
|---|---|---|
| Subtotal <br> (Total of this page) | **442,040.46** | **203,443.00** |

In re **Shawn Robert Mathiesen,**
       **Amy Lee Mathiesen**

Case No. **15-28187**

_____,
Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | | |
| Account No. | | | | | Mortgage - Business Debt TOWN OF YORKVILLE: 19411 Washington Ave., Union Grove, WI 53182 Vacant Land: Tax Parcel Numbers: 03-21-07-001-022 - fmv per 2014 tax bill = $51,500. 03-21-07-001-023 - fmv per 2014 tax bill = | | | | | |
| Talmer Bank & Trust Attn: Bankruptcy 2301 West Big Beaver Road, Suite 525 Troy, MI 48084 | | | | C | | | | | | |
| | | | | | Value $ 110,600.00 | | | | 452,262.00 | 354,149.46 |
| Account No. | | | | | UCC Filing on all trees, bushes & shrubs SKS Nursery, Inc. THIS CORPORATION WAS FORCED INTO RECEIVERSHIP, Racine County Case 2014CV1156. Attorney Michael Polsky (of Beck, Chaet, Bamberger & Polsky, S.C.) as receiver. Property (trees, bushes etc.) was found | | | | | |
| Talmer Bank & Trust Attn: Bankruptcy 2301 West Big Beaver Road, Suite 525 Troy, MI 48084 | | | | C | | | | | | |
| | | | | | Value $ 0.00 | | | | 409,000.00 | 409,000.00 |
| Account No. | | | | | NOTICE ONLY | | | | | |
| Wells Fargo Home Mortgage Attn: Bankruptcy P.O. Box 10335 Des Moines, IA 50306-0335 | | | | - | | | | | | |
| | | | | | Value $ 0.00 | | | | 0.00 | 0.00 |
| Account No. xxxxxxxxx2876 | | | | | Opened 3/01/06 Last Active 2/15/15 1ST MORTGAGE HOME AT: 9110 2 Mile Road, Franksville, WI 53126 2 parcels; Tax Nos. 012-04-21-33-018-010 &012-04-21-32-034-010; 65.72 and 15.04 acres respectively. | | | | | |
| Wells Fargo Home Mortgage PO Box 5296 Carol Stream, IL 60197-5296 | | | | C | | | | | | |
| | | | | | Value $ 658,840.00 | | | | 610,180.00 | 0.00 |
| Account No. xxxxxxx0003 | | | | | Income tax warrant All property including: HOME AT: 9110 2 Mile Road, Franksville, WI 53126 2 parcels; Tax Nos. 012-04-21-33-018-010 &012-04-21-32-034-010; 65.72 and 15.04 acres respectively. Appraisal February 2015 valued property | | | | | |
| Wisconsin Dept. of Revenue Special Procedures Unit P.O. Box 8901 Madison, WI 53708-8901 | | | | - | | | | | | |
| | | | | | Value $ 658,840.00 | | | | 13,646.03 | 13,646.03 |

Sheet __2__ of __2__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | 1,485,088.03 | 776,795.49 |
| Total (Report on Summary of Schedules) | 2,371,135.49 | 1,118,342.49 |

In re    **Shawn Robert Mathiesen,**
        **Amy Lee Mathiesen**                                     ,          Case No.    **15-28187**

                                      Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

                **1**     continuation sheets attached

Case 15-28187-gmh    Doc 11    Filed 08/19/15    Page 25 of 75

In re    **Shawn Robert Mathiesen,**            Case No.    **15-28187**
        **Amy Lee Mathiesen**

                                       Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Certain Other Debts**
**Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | NOTICE ONLY | | | | | |
| **Internal Revenue Service Centralized Insolvency Operations P.O. Box 7346 Philadelphia, PA 19101-7346** | - | | | | | | | 0.00 |
| | | | | | | | 0.00 | 0.00 |
| Account No. | | | LEGAL FEES | | | | | |
| **MICHELSON LAW OFFICE 617 - 6TH STREET RACINE, WI 53401-0067** | - | | | | | | | 0.00 |
| | | | | | | | 0.00 | 0.00 |
| Account No. | | | NOTICE ONLY | | | | | |
| **Wisconsin Dept. of Revenue Special Procedures Unit P.O. Box 8901 Madison, WI 53708-8901** | - | | | | | | | 0.00 |
| | | | | | | | 0.00 | 0.00 |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |

Sheet   **1**   of   **1**   continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal | 0.00 | |
| (Total of this page) | 0.00 | 0.00 |
| Total | 0.00 | |
| (Report on Summary of Schedules) | 0.00 | 0.00 |

In re     **Shawn Robert Mathiesen,**
           **Amy Lee Mathiesen,**

Case No.     __15-28187__

                                   Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

     State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

     If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

     If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

     Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | |
| **Account No.** xxxxxxxx7386<br><br>**Ally Financial (fka GMAC)**<br>**Attn: Bankruptcy**<br>**P.O. Box 380901**<br>**Bloomington, MN 55438** | C | | | | BUSINESS DEBT: Personal Guaranty for Shawn Roberts Inc.; secured by lien on 2012 Chevy Silverado | | | | 16,567.00 |
| **Account No.** xxxxxxxx6770<br><br>**Ally Financial (fka GMAC)**<br>**Attn: Bankruptcy**<br>**P.O. Box 380901**<br>**Bloomington, MN 55438** | C | | | | BUSINESS DEBT: Personal Guaranty for Shawn Roberts Inc.; secured by lien on 2012 Chevy Silverado | | | | 7,785.67 |
| **Account No.** xxxxxxxx6543<br><br>**Ally Financial (fka GMAC)**<br>**Attn: Bankruptcy**<br>**P.O. Box 380901**<br>**Bloomington, MN 55438** | C | | | | BUSINESS DEBT: Personal Guaranty for Shawn Roberts Inc.; secured by lien on 2014 GMC Sierra | | | | 27,515.00 |
| **Account No.** xxxxxxxx7003<br><br>**Ally Financial (fka GMAC)**<br>**Attn: Bankruptcy**<br>**P.O. Box 380901**<br>**Bloomington, MN 55438** | C | | | | BUSINESS DEBT: Personal Guaranty for Shawn Roberts Inc.; secured by lien on 2015 Chevy Silverado | | | | 43,730.59 |

  __10__   continuation sheets attached

Subtotal
(Total of this page)

**95,598.26**

In re    **Shawn Robert Mathiesen,**
       **Amy Lee Mathiesen**

                 Debtors

Case No.    **15-28187**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **xxxxxxx1956** | | | | BUSINESS DEBT: Personal Guaranty for Shawn Roberts Inc.; secured by lien on 2010 Chevy Silverado | | | | |
| Ally Financial (fka GMAC) Attn: Bankruptcy P.O. Box 380901 Bloomington, MN 55438 | C | | | | | | | 18,176.39 |
| Account No. **xxxxxxxx3278** | | | | 2014 BUSINESS DEBT: Personal Guaranty for Shawn Roberts Inc.; secured by lien on2014 GMC Sierra | | | | |
| Ally Financial (fka GMAC) Attn: Bankruptcy P.O. Box 380901 Bloomington, MN 55438 | C | | | | | | | 32,173.98 |
| Account No. **xxxx-xxxx-xxxx-7107** | | | | thru 12014 BUSINESS DEBT: Misc. credit card purchases | | | | |
| Capital One - Spark Business PO Box 6492 Carol Stream, IL 60197-6492 | H | | | | | | | 7,143.49 |
| Account No. **xxxxxxxxxx1462** | | | | Opened 9/01/01 Last Active 3/03/15 2012 Grizzly 4-wheeler price below represents average price on ATV Trader Online; Shawn Roberts, Inc. uses and makes monthly payments to creditor | | | | |
| Capital One Bank USA NA General Correspondence/Bankruptcy P.O. Box 30285 Salt Lake City, UT 84130-0285 | H | | | | | | | 4,300.00 |
| Account No. | | | | NOTICE ONLY as payment center for Yamaha. revolving credit card. | | | | |
| Capital One Retail Services PO Box 30257 Salt Lake City, UT 84110 | C | | | | | | | 0.00 |

Sheet no. __1__ of __10__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**61,793.86**

In re **Shawn Robert Mathiesen,**
　　　**Amy Lee Mathiesen**

Case No. ___**15-28187**___

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xxxxx4048**<br><br>**Cargill Incorporated**<br>**PO Box 843973**<br>**Dallas, TX 75284-3973** | C | | | **2015**<br><br>**De-Icer & Salt for Shawn Roberts Lawn & Tree. Business debt** | | | | **2,757.82** |
| Account No. **xxx-xxxxxx6-000**<br><br>**Caterpillar Financial Services Corp.**<br>**Commerical Accounts**<br>**North America Business Center**<br>**2120 West End Avenue**<br>**Nashville, TN 37203** | C | | | **BUSINESS DEBT: Personal guaranty for Mathiesen Land LLC** | | | | **45,255.19** |
| Account No. **xxxx-xxxx-xxxx-7254**<br><br>**Chase**<br>**Cardmember Services**<br>**PO Box 94014**<br>**Palatine, IL 60094** | C | | | **Credit card with $500 limit - no balance** | | | | **0.00** |
| Account No.<br><br>**Chase Card Services (all credit cards)**<br>**Att: Correspondence**<br>**PO Box 15298**<br>**Wilmington, DE 19850** | - | | | **NOTICE ONLY** | | | | **0.00** |
| Account No.<br><br>**ChexSystems**<br>**Attn: Consumer Relations**<br>**7805 Hudson Road, Ste. 100**<br>**Woodbury, MN 55125-1595** | - | | | **NOTICE ONLY** | | | | **0.00** |

Sheet no. _**2**___ of _**10**___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**48,013.01**

In re **Shawn Robert Mathiesen,**
    **Amy Lee Mathiesen**

Case No. **15-28187**

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx2154**<br><br>**Children's Hospital of Wisconsin**<br>P.O. Box 78704<br>Milwaukee, WI 53278-0704 | C | | **5/2014 thru 1/27/2015**<br><br>**MEDICAL SERVICES** | | | | 200.00 |
| Account No. **xxxxxxxxxxxxxxxxx1005**<br><br>**CNH Industrial Capital**<br>100 Brubaker Ave. M.S. 535<br>New Holland, PA 17557 | | H | **8-26-2013**<br><br>**BUSINESS DEBT:**<br>**Personal Guaranty of a secured loan made to Shawn Robert's Lawn & Tree Inc.  Security is New Holland Boomer Compact Tractor- serial number ZADB12485.** | | | | 26,868.00 |
| Account No. **xxxxxxxxxxxxxxx0000**<br><br>**CNH Industrial Capital**<br>100 Brubaker Ave. M.S. 535<br>New Holland, PA 17557 | | H | **8-25-2010**<br><br>**BUSINESS DEBT:**<br>**Personal Guaranty of a secured loan made to Shawn Robert's Lawn & Tree Inc..  Security is New Holland Compact Track Loader - serial number NAM417433** | | | | 8,213.00 |
| Account No. **xxxxxxxxxxxxxxxxx1004**<br><br>**CNH Industrial Capital**<br>100 Brubaker Ave. M.S. 535<br>New Holland, PA 17557 | | H | **5-14-2013**<br><br>**BUSINESS DEBT:**<br>**Personal guaranty of a secured loan made to Shawn Robert's Lawn & Tree Inc..  Security is New Holland Mower Serial Number 589924** | | | | 9,608.00 |
| Account No. **xxxxxxxxxxxxxxxxx1003**<br><br>**CNH Industrial Capital**<br>100 Brubaker Ave. M.S. 535<br>New Holland, PA 17557 | | H | **11-28-2011**<br><br>**BUSINESS DEBT:**<br>**Personal guaranty of a secured loan made to Shawn Robert's Lawn & Tree Inc.  Security is New Holland Track Loader - serial number JAF0C238EBM425212** | | | | 19,347.00 |

Sheet no. **3** of **10** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

64,236.00

In re  **Shawn Robert Mathiesen,**
       **Amy Lee Mathiesen**
_____,
                              Debtors

Case No. ____**15-28187**____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx-xxxx-xxxx-6928**<br><br>**CNH Industrial Capital**<br>**Dept. 93 5506006928**<br>**PO Box 688912**<br>**Des Moines, IA 50368** | | H | **through 2014**<br><br>**BUSINESS DEBT:**<br>**Personal Guaranty for credit card - misc. purchases** | | | | **8,571.25** |
| Account No.<br><br>**Early Warning Services**<br>**16552 North 90th Street #100**<br>**Scottsdale, AZ 85260** | - | | **NOTICE ONLY** | | | | **0.00** |
| Account No.<br><br>**Equifax Information Services LLC**<br>**P.O. Box 740256**<br>**Atlanta, GA 30374-0256** | - | | **NOTICE ONLY** | | | | **0.00** |
| Account No.<br><br>**Experian**<br>**Attn: Bankruptcy**<br>**955 American Lane**<br>**Schaumburg, IL 60173-4983** | - | | **NOTICE ONLY** | | | | **0.00** |
| Account No.<br><br>**Financial Control Solutions**<br>**PO Box 668**<br>**Germantown, WI 53022-0668** | C | | **For Notice Only** | | | | **0.00** |

Sheet no. __**4**___ of __**10**___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**8,571.25**

In re **Shawn Robert Mathiesen,**
**Amy Lee Mathiesen**

Case No. **15-28187**

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxx1155, xxxxxxx1156** <br><br> **Godin, Geraghty & Puntillo SC** <br> **6301 Green  Bay Rd.** <br> **Kenosha, WI 53142** | - | | NOTICE ONLY | | | | 0.00 |
| Account No. **xxxxx-000D** <br><br> **Hankel, Bjelajac, Kallenbach, Lehner & K** <br> **Attorneys At Law** <br> **P.O. Box 38** <br> **Racine, WI 53401** | | H | BUSINESS DEBT:  Legal Srevices | | | | 3,438.00 |
| Account No. **xxxxxxxxxxx7254** <br><br> **JP Morgan Chase Card Services** <br> **Att: Bankruptcy Dept.** <br> **PO Box 15298** <br> **Wilmington, DE 19850-5298** | | C | Opened  9/01/07  Last Active  1/12/15 <br><br> MISCELLANEOUS CHARGE PURCHASES | | | | 258.00 |
| Account No. **xxxxx4507** <br><br> **Kia Motors Finance** <br> **Attn: Bankruptcy** <br> **PO Box 20825** <br> **Fountain Valley, CA 92728** | | W | Opened  5/01/13  Last Active  1/01/15 <br><br> LEASE | | | | 5,345.00 |
| Account No. <br><br> **Kravit, Hovel & Krawczyk, S.C.** <br> **825 North Jefferson** <br> **Milwaukee, WI 53202-8135** | | H | March 2015 <br><br> BUSINESS DEBT:  Legal Services | | | | 5,230.50 |

Sheet no. __5__ of __10__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

14,271.50

In re **Shawn Robert Mathiesen,**
   **Amy Lee Mathiesen**

Case No. **15-28187**

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Judith Mathiesen** <br> **1215 Indiana St.** <br> **Racine, WI 53405** | C | | **PERSONAL LOANS for BUSINESS** | | | | **108,000.00** |
| Account No. **xxxx-xxxx-xxxx-1145** <br><br> **Menards - Retail Services** <br> **PO Box 5219** <br> **Carol Stream, IL 60197-5219** | | H | **Thru 2014** <br><br> **BUSINESS DEBT:  Misc. credit card purchases** | | | | **3,538.46** |
| Account No. <br><br> **Menards - Retail Services** <br> **Dept. 7680** <br> **Carol Stream, IL 60116-7080** | | - | **BUSINESS DEBT:  Notice only** | | | | **0.00** |
| Account No. **xxxxxxx2000** <br><br> **Park City Credit Union** <br> **300 E. 2nd St.** <br> **Merrill, WI 54452-2316** | | H | **Opened  2/19/13  Last Active  2/20/15** <br><br> **BUSINESS DEBT:  Personal guaranty. Secured by a Multi Tech Processor for firewood owned by son's corporation: The Firewood Co.** | | | | **21,695.00** |
| Account No. **xx2262** <br><br> **Pomps Tire Service, Inc.** <br> **202 S. Sylvania Ave** <br> **Sturtevant, WI 53177** | C | | | | | | **5,824.00** |
| Sheet no. **6** of **10** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | | | Subtotal <br> (Total of this page) | | | | **139,057.46** |

In re **Shawn Robert Mathiesen,**      Case No. **15-28187**

     **Amy Lee Mathiesen**

_____,

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | NOTICE ONLY | | | | |
| Dean Rosenbaum 817 South St. Racine, WI 53402 | C | | | | | | | Unknown |
| Account No. xxxxxxxxxxxx7107 | | | | Opened 5/01/05 Last Active 3/06/15 | | | | |
| Synchrony Bank/Lowes Attn: Bankruptcy Dept. P.O. Box 965060 Orlando, FL 32896-5060 | H | | | MISCELLANEOUS CHARGE PURCHASES. Business Account | | | | 7,143.00 |
| Account No. xxxxxxx1155 | | | | BUSINESS DEBT - judgment entered | | | | |
| Talmer Bank & Trust Attn: Bankruptcy 2301 West Big Beaver Road, Suite 525 Troy, MI 48084 | C | | | | | | | 947,107.00 |
| Account No. xxxxxxx1156 | | | | NOTICE ONLY | | | | |
| Talmer Bank & Trust Attn: Bankruptcy 2301 West Big Beaver Road, Suite 525 Troy, MI 48084 | - | | | | | | | 0.00 |
| Account No. | | | | BUSINESSS DEBT: Personal guaranty of a lien of credit made by Cottage Grove Homes, Inc. (secured by property owned by Cottage Grove, Inc.) | | | | |
| Talmer Bank & Trust Attn: Bankruptcy 2301 West Big Beaver Road, Suite 525 Troy, MI 48084 | X C | | | | | | | 150,416.00 |

Sheet no. **7** of **10** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)      **1,104,666.00**

In re **Shawn Robert Mathiesen,**
**Amy Lee Mathiesen**

Case No. _____**15-28187**_____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Talmer Bank & Trust**<br>**Attn: Bankruptcy**<br>**2301 West Big Beaver Road, Suite 525**<br>**Troy, MI 48084** | | C | **2015**<br><br>**BUSINESS DEBT - judgment, interest of $581 per day.** | | | | **2,274,592.00** |
| Account No. <br><br>**TeleCheck, Inc.**<br>**Attn:  Bankruptcy Department**<br>**P.O. Box 4451**<br>**Houston, TX 77210-4451** | | - | **NOTICE ONLY** | | | | **0.00** |
| Account No. <br><br>**Trans Union Corporation**<br>**P.O. Box 2000**<br>**Crum Lynne, PA 19022-2002** | | - | **NOTICE ONLY** | | | | **0.00** |
| Account No. **x6545** <br><br>**Triebold Implement**<br>**W8619 Willis Ray Road**<br>**Whitewater, WI 53190** | | H | **thru 2014**<br><br>**BUSINESS DEBT:  Personal guaranty misc. purchases** | | | | **1,768.00** |
| Account No. <br><br>**Von Briesen & Roper SC**<br>**Attn: Attorney Christopher Schreiber**<br>**411 E. Wisconsin Ave., Suite 1000**<br>**Milwaukee, WI 53202** | | - | **NOTICE ONLY** | | | | **0.00** |

Sheet no. **8** of **10** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**2,276,360.00**

In re **Shawn Robert Mathiesen,**
**Amy Lee Mathiesen**

Case No. **15-28187**

Debtors ,

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Wheaton Franciscan Healthcare** <br> **Attn: Bankruptcy** <br> **PO Box 5995** <br> **Peoria, IL 61601-5995** | C | | NOTICE ONLY | | | | 0.00 |
| Account No. **xxxx2958** <br><br> **Wheaton Franciscan Healthcare** <br> **SDS 12-3088** <br> **PO Box 86** <br> **Minneapolis, MN 55486-0086** | C | | MEDICAL SERVICES | | | | 114.00 |
| Account No. **xxxxxxx6668** <br><br> **Wheaton Franciscan Healthcare** <br> **SDS 12-3088** <br> **PO Box 86** <br> **Minneapolis, MN 55486-0086** | C | | January 2015 <br><br> MEDICAL SERVICES | | | | 94.00 |
| Account No. <br><br> **Wheaton Franciscan Healthcare** <br> **Attn: Bankruptcy** <br> **PO Box 5995** <br> **Peoria, IL 61601-5995** | C | | MEDICAL LABORATORY SERVICES | | | | 170.00 |
| Account No. <br><br> **C. Judley Wyant** <br> **410 College** <br> **Racine, WI 53403** | C | | BUSINESS DEBT: Attorneys Fees | | | | 27,249.00 |

Sheet no. **9** of **10** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

27,627.00

In re **Shawn Robert Mathiesen,**
**Amy Lee Mathiesen**

Case No. **15-28187**

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community / DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | NOTICE ONLY | | | | |
| Shannon E. Wynn Wynn at Law, LLC 772 W. Main Street, Suite 00 PO Box 1301 Lake Geneva, WI 53147 | | C | | | | | 0.00 |
| Account No. | | | | | | | |
| | | | | | | | |
| Account No. | | | | | | | |
| | | | | | | | |
| Account No. | | | | | | | |
| | | | | | | | |
| Account No. | | | | | | | |
| | | | | | | | |

Sheet no. **10** of **10** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

Total
(Report on Summary of Schedules)

**3,840,194.34**

In re  **Shawn Robert Mathiesen,**
       **Amy Lee Mathiesen**

Case No.    **15-28187**

Debtors

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code,<br>of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest.<br>State whether lease is for nonresidential real property.<br>State contract number of any government contract. |
|---|---|
| **Kia Motors Finance**<br>**Attn: Bankruptcy**<br>**PO Box 20825**<br>**Fountain Valley, CA 92728** | **Lease of a 2013 Kia Sportage for 36 months**<br>**expiring 6/1/2016** |

**0**
     continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

In re   **Shawn Robert Mathiesen,**                Case No.    **15-28187**

        **Amy Lee Mathiesen,**

                                          Debtors

# SCHEDULE H - CODEBTORS

     Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Dean Rosembaum**<br>**817 South St.**<br>**Racine, WI 53402** | |
| **Dean Rosenbaum**<br>**6640 Ptarmigan Rd.**<br>**Racine, WI 53406**<br>  **Co-owner and guarantor for Cottage Grove Homes, Inc.** | **Talmer Bank & Trust**<br>**Attn: Bankruptcy**<br>**2301 West Big Beaver Road, Suite 525**<br>**Troy, MI 48084** |
| **Joe Smith**<br>**7150 18th St.**<br>**Kenosha, WI 53144**<br>  **Co-owner of Smith-Mathieson, LLC** | |

**0**

_____ continuation sheets attached to Schedule of Codebtors

Fill in this information to identify your case:

Debtor 1 __Shawn Robert Mathiesen__

Debtor 2 __Amy Lee Mathiesen__
(Spouse, if filing)

United States Bankruptcy Court for the: __EASTERN DISTRICT OF WISCONSIN__

Case number __15-28187__
(If known)

Check if this is:

☐ An amended filing
☐ A supplement showing post-petition chapter 13 income as of the following date:

_____
MM / DD/ YYYY

Official Form B 6I

# Schedule I: Your Income                                           12/13

**Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

| Part 1: | Describe Employment |
|---|---|

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

|  | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| Employment status | ☑ Employed <br> ☐ Not employed | ☑ Employed <br> ☐ Not employed |
| Occupation | **Manager** | **Homemaker** |
| Employer's name | **Shawn Roberts, Inc.** |  |
| Employer's address | **PO Box 427** <br> **Sturtevant, WI 53177** |  |
| How long employed there? | __2 years__ |  |

| Part 2: | Give Details About Monthly Income |
|---|---|

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

|  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. $ **6,000.00** | $ **0.00** |
| 3. | **Estimate and list monthly overtime pay.** | 3. +$ **0.00** | +$ **0.00** |
| 4. | **Calculate gross income.** Add line 2 + line 3. | 4. $ **6,000.00** | $ **0.00** |

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
Debtor 1  **Shawn Robert Mathiesen**
Debtor 2  **Amy Lee Mathiesen**

Case number (*if known*)  **15-28187**

| | | | **For Debtor 1** | **For Debtor 2 or non-filing spouse** |
|---|---|---|---|---|
| | **Copy line 4 here** | 4. | $ **6,000.00** | $ **0.00** |
| 5. | List all payroll deductions: | | | |
| | 5a. **Tax, Medicare, and Social Security deductions** | 5a. | $ **559.00** | $ **0.00** |
| | 5b. **Mandatory contributions for retirement plans** | 5b. | $ **0.00** | $ **0.00** |
| | 5c. **Voluntary contributions for retirement plans** | 5c. | $ **0.00** | $ **0.00** |
| | 5d. **Required repayments of retirement fund loans** | 5d. | $ **0.00** | $ **0.00** |
| | 5e. **Insurance** | 5e. | $ **0.00** | $ **0.00** |
| | 5f. **Domestic support obligations** | 5f. | $ **0.00** | $ **0.00** |
| | 5g. **Union dues** | 5g. | $ **0.00** | $ **0.00** |
| | 5h. **Other deductions.** Specify: _____ | 5h.+ | $ **0.00** + | $ **0.00** |
| 6. | **Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h. | 6. | $ **559.00** | $ **0.00** |
| 7. | **Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. | $ **5,441.00** | $ **0.00** |
| 8. | List all other income regularly received: | | | |
| | 8a. **Net income from rental property and from operating a business, profession, or farm** Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ **0.00** | $ **0.00** |
| | 8b. **Interest and dividends** | 8b. | $ **0.00** | $ **0.00** |
| | 8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive** Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ **0.00** | $ **0.00** |
| | 8d. **Unemployment compensation** | 8d. | $ **0.00** | $ **0.00** |
| | 8e. **Social Security** | 8e. | $ **0.00** | $ **0.00** |
| | 8f. **Other government assistance that you regularly receive** Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: _____ | 8f. | $ **0.00** | $ **0.00** |
| | 8g. **Pension or retirement income** | 8g. | $ **0.00** | $ **0.00** |
| | | | **Payments by Shawn Roberts, Inc.** | |
| | 8h. **Other monthly income.** Specify: **as rent of land** | 8h.+ | $ **5,846.00** + | $ **0.00** |
| | **Advanced draws on annual bonus** | | $ **2,250.00** | $ **0.00** |
| 9. | **Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h. | 9. | $ **8,096.00** | $ **0.00** |
| 10. | **Calculate monthly income.** Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $ **13,537.00** + $ **0.00** = | $ **13,537.00** |
| 11. | **State all other regular contributions to the expenses that you list in Schedule J.** Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives. Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.* Specify: _____ | 11. | +$ **0.00** | |

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income. Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data*, if it applies

12. $ **13,537.00**

**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**

■ No.

☐ Yes. Explain: **Debtor earns $6000 per month as a minimum base salary. He takes additional draws averaging approx. $2,250/month. Shawn Roberts, Inc. also pays him rent for his land in the amount of $5846/month. At the end of the year, he and the owner of the company review the company's performance and Debtor's draws and earnings to determine his bonus.**

Fill in this information to identify your case:

Debtor 1 __Shawn Robert Mathiesen__

Debtor 2 __Amy Lee Mathiesen__
(Spouse, if filing)

United States Bankruptcy Court for the: __EASTERN DISTRICT OF WISCONSIN__

Case number __15-28187__
(If known)

Check if this is:

☐ An amended filing

☐ A supplement showing post-petition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

☐ A separate filing for Debtor 2 because Debtor 2 maintains a separate household

## Official Form B 6J
## Schedule J: Your Expenses

12/13

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Your Household

1. **Is this a joint case?**

   ☐ No. Go to line 2.

   ☑ Yes. **Does Debtor 2 live in a separate household?**

       ☑ No
       ☐ Yes. Debtor 2 must file a separate Schedule J.

2. **Do you have dependents?**  ☐ No

   Do not list Debtor 1 and Debtor 2.  ☑ Yes. Fill out this information for each dependent..............

   Do not state the dependents' names.

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| **Son** | **12** | ☐ No  ☑ Yes |
| **Son** | **14** | ☐ No  ☑ Yes |
| **Daughter** | **18** | ☐ No  ☑ Yes |
| | | ☐ No  ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**

   ☑ No
   ☐ Yes

### Part 2: Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 6I.)

| | Your expenses |
|---|---|

4. **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot.    4. $ __4,720.00__

   **If not included in line 4:**

   4a.  Real estate taxes    4a. $ __793.00__
   4b.  Property, homeowner's, or renter's insurance    4b. $ __176.00__
   4c.  Home maintenance, repair, and upkeep expenses    4c. $ __20.00__
   4d.  Homeowner's association or condominium dues    4d. $ __0.00__

5. **Additional mortgage payments for your residence,** such as home equity loans    5. $ __2,082.00__

Debtor 1 **Shawn Robert Mathiesen**
Debtor 2 **Amy Lee Mathiesen**

Case number (if known) **15-28187**

| 6. | **Utilities:** | | | |
|---|---|---|---|---|
| | 6a. | Electricity, heat, natural gas | 6a. $ | 210.00 |
| | 6b. | Water, sewer, garbage collection | 6b. $ | 0.00 |
| | 6c. | Telephone, cell phone, Internet, satellite, and cable services | 6c. $ | 325.00 |
| | 6d. | Other. Specify: ADT Security | 6d. $ | 48.00 |
| 7. | **Food and housekeeping supplies** | | 7. $ | 900.00 |
| 8. | **Childcare and children's education costs** | | 8. $ | 30.00 |
| 9. | **Clothing, laundry, and dry cleaning** | | 9. $ | 100.00 |
| 10. | **Personal care products and services** | | 10. $ | 40.00 |
| 11. | **Medical and dental expenses** | | 11. $ | 120.00 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | | 12. $ | 40.00 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | | 13. $ | 50.00 |
| 14. | **Charitable contributions and religious donations** | | 14. $ | 0.00 |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | | |
| | 15a. | Life insurance | 15a. $ | 91.00 |
| | 15b. | Health insurance | 15b. $ | 0.00 |
| | 15c. | Vehicle insurance | 15c. $ | 276.00 |
| | 15d. | Other insurance. Specify: | 15d. $ | 0.00 |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: Past Due Property Taxes | | 16. $ | 193.00 |
| 17. | **Installment or lease payments:** | | | |
| | 17a. | Car payments for Vehicle 1 | 17a. $ | 783.00 |
| | 17b. | Car payments for Vehicle 2 | 17b. $ | 349.00 |
| | 17c. | Other. Specify: | 17c. $ | 0.00 |
| | 17d. | Other. Specify: | 17d. $ | 0.00 |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 6I).** | | 18. $ | 0.00 |
| 19. | **Other payments you make to support others who do not live with you.** Specify: | | 19. $ | 0.00 |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income*.** | | | |
| | 20a. | Mortgages on other property | 20a. $ | 1,661.00 |
| | 20b. | Real estate taxes | 20b. $ | 75.00 |
| | 20c. | Property, homeowner's, or renter's insurance | 20c. $ | 133.00 |
| | 20d. | Maintenance, repair, and upkeep expenses | 20d. $ | 150.00 |
| | 20e. | Homeowner's association or condominium dues | 20e. $ | 0.00 |
| 21. | **Other:** Specify: Pet care | | 21. +$ | 172.00 |
| 22. | **Your monthly expenses.** Add lines 4 through 21. The result is your monthly expenses. | | 22. $ | 13,537.00 |
| 23. | **Calculate your monthly net income.** | | | |
| | 23a. | Copy line 12 *(your combined monthly income)* from Schedule I. | 23a. $ | 13,537.00 |
| | 23b. | Copy your monthly expenses from line 22 above. | 23b. -$ | 13,537.00 |
| | 23c. | Subtract your monthly expenses from your monthly income. The result is your *monthly net income.* | 23c. $ | 0.00 |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

■ No.
☐ Yes.
Explain:

> **State Farm Insurance payment averaged $509 over period 1/1/15 - 6/30/15. June payment was $585. It includes insurance for all properties and personal vehicles. Daughter is working part time (full time in summer) and pays for the cost of boarding her horse ($275/month). It is unknown as to whether she will be able to continue to make this payment in full when she goes to school in the fall.**

# United States Bankruptcy Court
## Eastern District of Wisconsin

In re **Shawn Robert Mathiesen**
**Amy Lee Mathiesen**

          Debtor(s)

Case No. **15-28187**

Chapter **7**

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

   I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of **43** sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date **August 19, 2015**   Signature **/s/ Shawn Robert Mathiesen**
                  **Shawn Robert Mathiesen**
                  Debtor

Date **August 19, 2015**   Signature **/s/ Amy Lee Mathiesen**
                  **Amy Lee Mathiesen**
                  Joint Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Eastern District of Wisconsin

In re    **Shawn Robert Mathiesen**
      **Amy Lee Mathiesen**                  Case No.    **15-28187**
                       Debtor(s)          Chapter    **7**

# STATEMENT OF FINANCIAL AFFAIRS

      This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

      Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

      *"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

      *"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(2), (31).

---

      **1. Income from employment or operation of business**

None
☐

      State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $53,000.00 | 2015 APPROXIMATE GROSS WAGES & ADVANCES AGAINST BONUS, YEAR-TO-DATE - Husband |
| $35,000.00 | 2015 GROSS RENT YEAR TO DATE |
| $0.00 | 2014 GROSS TAXABLE WAGES - unknown taxes not done; accountant in hospital as of 7/30/15 |
| $24,500.00 | 2013 TAXABLE WAGES |
| $10,088.00 | 2013 BUSINESS INCOME LOSS |
| $24,806.00 | 2013 TAXABLE RENTAL INCOME |

**2. Income other than from employment or operation of business**

None
☐

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$3,298.00** | **2013  Taxable tax refund received for tax year 2012** |
| **$2.00** | **2013  Taxable Interest** |
| **$12,482.00** | **2013 State and Federal $8989 Tax refunds $3493** |

**3. Payments to creditors**

None
■

*Complete a. or b., as appropriate, and c.*

a.  *Individual or joint debtor(s) with primarily consumer debts:*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
■

b.  *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,225*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None
☐

c.  *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **Judith Mathiesen**<br>**1215 Indiana Street**<br>**Racine, WI 53405**<br>  **Shawn's Mother** | **2012/ by transfer of real estate** | **$57,500.00** | **$8,000.00** |

**4.  Suits and administrative proceedings, executions, garnishments and attachments**

None
☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|

*  *Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Talmer Bank and Trust vs. Shawn Robert's Lawn and Tree, Inc., et al.  2014CV001156** | **Money judgment** | **Wisconsin Circuit Court, Racine, Racine County, WI** | **Judgment entered** |
| **Talmer Bank and Trust vs. Michael Rudan et al; 2014CV1155** | **Money Judgment** | **Wisconsin Circuit Court, Racine, Racine County, WI** | **Judgment** |
| **Breezy Hill Nursery vs Shawn Mathiesen; 2013SC1340** | **Small Claims** | **Wisconsin Circuit Court, Kenosha, Kenosha  County, Wisconsin** | **Dismissed** |
| **WI Dept. of Workforce Development Vs. Shawn R. Mathiesen; 2013UC77** | | **Wisconsin Circuit Court, Racine, Racine County, WI** | **Tax warrant filed** |
| **WI Department of Revenue vs. Amy Mathiesen et al; 2014TW0003** | **Delinquent Tax** | **Wisconsin Circuit Court, Racine, Racine County, WI** | **Tax warrant filed** |
| **WI Department of Revenue vs. Amy Mathiesen et al; 2014TW0006** | **Delinquent tax** | **Wisconsin Circuit Court, Racine, Racine County, WI** | **Tax warrant filed** |
| **CNH Industrial Capital America LLC vs. Shawn Robert's Lawn & Tree Inc., et al.** | **Civil/Money judgment:  Ex Parte Motion for Order Directing Delivery of Collateral (Pre-judgment Replevin)** | **Wisconsin Circuit Court, Racine, Racine County, WI** | **Pending -- order for replevin** |
| **CNH Industrial Capital America LLC vs. Shawn Robert's Lawn & Tree Inc. et al; 2015CV001332** | **Replevin** | **Wisconsin Circuit Court, Racine, Racine County, WI** | **Order directing delivery of collateral** |
| **Department of Workforce Development vs. Shawn R. Mathiesen;  2014UC000232** | **Unemployment Compensation** | **Wisconsin Circuit Court, Racine, Racine County, WI** | **Judgment and satisfaction** |

None
■

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

---

**5.  Repossessions, foreclosures and returns**

None
■

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

---

**6.  Assignments and receiverships**

None
■

a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

| None ■ | b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.) |
|---|---|

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

### 7. Gifts

| None ☐ | List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.) |
|---|---|

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|
| **Children same as Debtors** | **children** | **Christmas/Birthdays/Easter/Valentines Day/ thruout the year** | **Misc. gifts throughout the year totaling Approx. $300 per child** |

### 8. Losses

| None ☐ | List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.) |
|---|---|

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|
| **Damage to Lawn** | **Christopher Cox is accused of deliberately driving over lawn and damaging it.  Damages - $1,000** | **2014** |

### 9. Payments related to debt counseling or bankruptcy

| None ☐ | List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case. |
|---|---|

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **MICHELSON LAW OFFICE 617 - 6TH STREET RACINE, WI 53401-0067** | | **$2750.00 ATTORNEYS FEES + COSTS & FILING FEE.** |
| **Access Counseling, Inc. 633 W. 5th Street, Suite 26001 Los Angeles, CA 90071** | **7/14/15** | **$15 PAID FOR CREDIT COUNSELING** |

### 10. Other transfers

| None ☐ | a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.) |
|---|---|

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| **Bergstrom Chevrolet**<br>**11100 W. Metro Auto Mall**<br>**Milwaukee, WI 53224**<br>**None** | **March 2015** | **2008 GMC Yukon Denali used as a trade-in for the purchase of a 2015 Chevy Suburban. Negative net trade of $3,798.61** |
| **C. Judley Wyant**<br>**510 College Ave.**<br>**Racine, WI 53403**<br>**Attorney** | **2014** | **Transferred in payment of attorneys fees, Cottage Grove Homes, Inc. The corporation was administratively dissolved in 2011. Corporation owned one piece of real estate (Tax Parcel 03-22-35-032-001, .97 acres, on Bankers Road in Mt. Pleasant, WI) which is the security for a Talmer Bank loan in the amount of $150,416.00. Property taxes of $9,701.97 are due through 2014.** |
| **Judith Mathiesen**<br><br>**Mother** | **2012** | **80 acres in Price County with approximate value of $57,500.00 paid on debt owed in the amount of $** |

None ■    b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

### 11. Closed financial accounts

None □    List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| **ING Financial Partners**<br>**909 Locust Street.**<br>**Des Moines, IA 50309** | **Brokerage Account; XXX-XX0208**<br>**$0** | **Spring of 2014 (5/31/14 statement give $0 Balance with starting balance of $4,592.51)**<br>**$4,592.51** |
| **Franklin Templeton Investments**<br>**3344 Quality Dr.**<br>**Rancho Cordova, CA 95741** | **Mutual Global Discovery Fund - Class A; XXX-XXX5522**<br>**$0** | **Spring of 2014 (3/31/14 statement give $0 Balance with starting balance of $9,116.11)**<br>**$9,116.11** |
| **Franklin Templeton Investments**<br>**3344 Quality Dr.**<br>**Rancho Cordova, CA 95741** | **Franklin Mutual Global Discovery Fund - Class A; Account XX-XXX5546**<br>**$0** | **April 29, 2014; $4,581.67** |
| **Lincoln Benefit Life**<br>**PO Box 5708**<br>**Carol Stream, IL 60197-5708** | **Whole Life Insurance on Amy; XXXXXX5791** | **$13,903.75 on 7/21/14** |
| **Lincoln Benefit Life**<br>**PO Box 660191**<br>**Dallas, TX 75266-0191** | **Whole Life insurance on Shawn, xxxxx25790** | **July 2014; Approximately $35,256.30** |

**12. Safe deposit boxes**

None ■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13. Setoffs**

None ■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14. Property held for another person**

None ☐

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|
| **Now Adult Child** <br>**same as Debtors** | **Custodial Savings Account; approximately** <br>**$500** | **Community State Bank** <br>**1500 Main St.** <br>**Union Grove, WI 53182** |
| **Adult Child** <br>**Same as Debtors** | **Potbelly Pig -- sentimental value only** | **Debtors Residence** |
| **Adult Daughter** <br>**Debtors' home** | **UTMA account with Fidelity Investment** <br>**XXXXXXX5887** <br>**Value as of 3/31/15 $10,914.92** | **Fidelity Investments** <br>**PO Box 770002** <br>**Cincinnati, OH 45277** |
| **Adult Son** <br>**Debtors' home** | **UTMA account with Fidelity Investment** <br>**XXXXXXX3151** <br>**Value as of 3/31/15 $10,914.92** | **Fidelity Investments** <br>**PO Box 770002** <br>**Cincinnati, OH 45277** |
| **Minor Child** <br>**Debtors' home** | **UTMA account with Fidelity Investment** <br>**XXXXXXX3169** <br>**Value as of 3/31/15 $5,290.71** | **Fidelity Investments** <br>**PO Box 770002** <br>**Cincinnati, OH  45277** |
| **Minor Child** <br>**Debtors' home** | **UTMA with Fidelity Investment account** <br>**XXXXXXX4642** <br>**Value as of 3/31/15 $5,290.71** | **Fidelity Investments** <br>**PO Box 770002** <br>**Cincinnati, OH 45277** |

**15. Prior address of debtor**

None ■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

**16. Spouses and Former Spouses**

None ■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■  a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |

None
■  b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |

None
■  c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
| --- | --- | --- |

**18 . Nature, location and name of business**

None
☐  a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
| --- | --- | --- | --- | --- |

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **Cottage Grove Homes, Inc.** | **39-2035915** | **3617  Hwy H Sturtevant, WI 53177** | **Home Building** | **Registered 5/15/06. Administratively dissolved 6/2011. Debtors' subsequently transferred all interest in corporation.  See above.** |
| **The Lemon Frog, LLC** | **Treated as partnership for tax purposes XXX-XX-1294** | **5419 Pine Tree Road PO Box 111 Sturgeon Bay, WI 54235** | **Consignment Shop** | **2/2012 on going** |
| **Mathiesen Land Company, LLC.** | | **9110  2 Mile Rd. Franksville, WI 53216** | **Real Estate Holding Company** | **10/16/2003 on going** |
| **Mathiesen Landscaping Inc.** | **26-1223830** | **9110  2 Mile Raod Franksville, WI 53126** | **Used for bidding contracts** | **Incorporated 10/10/07;  12/10/2013 administratively dissolved** |
| **S.K.S. Nursery** | **39-2035915** | **5300 County Road V Franksville, WI 53126** | **Tree Nursery** | **2005 to 9/13/2011 - administratively dissolved-- also forced into receiverkship** |
| **Shawn Robert's Lawn & Tree, Inc.** | **39-1818207** | **9110  Two Mile Road Franksville, WI 53126** | **Lawn maintenance and snow plowing** | **Began in 1991; Registered 1995 - still open, but forced into receivership** |
| **Smith-Mathiesen, LLC** | **41-2126513** | **3617  County Highway H Sturtevant, WI 53177** | **Real Estate Holding Co.** | **Registered 8/26/2003; 2007 to present and ongoing, but administratively dissolved 9/14/2010** |
| **Top Choice** | **20-5940856** | **5419 Pine Tree Road, PO Box 111 Sturgeon Bay, WI 54235** | **Real estate holding** | **Registered 10/11/2006 - ongoing** |
| **West I Transport, Inc.** | **11-3706883** | **3617  Hwy. H Sturtevant, WI 53177** | **Trucking Company – used for bidding jobs** | **Registered in 2003; administratively dissolved 9/13/11** |

None
■
b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                                             ADDRESS

---

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None ☐  a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Frank Sterbin CPA SC**<br>**Certified Public Accountant**<br>**4501 Washington Avenue**<br>**Racine, WI 53405** | **During period of operation** |
| **Shawn/Amy Mathiesen**<br>**9110  Two Mile Road**<br>**Franksville, WI 53126** | **All corporations listed.** |

None ☐  b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|
| **Greg Veltus** | **Certified Public Accountant**<br>**4501 Washington Avenue**<br>**Racine, WI 53405** | |

None ☐  c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|
| **Frank Sterbin CPA SC** | **Certified Public Accountant**<br>**4501 Washington Avenue**<br>**Racine, WI 53405** |
| **Shawn and Amy Mathiesen** | **9110  2 Mile Road**<br>**Franksville, WI 53126** |

None ☐  d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|
| **Community State Bank**<br>**1500 Main Street**<br>**Union Grove, WI 53182** | **Shawn Robert's Lawn & Tree, Inc.** |

**20. Inventories**

None ☐  a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY<br>(Specify cost, market or other basis) |
|---|---|---|
| **NONE** | | |

None ☐  b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|
| **NONE** | **X** |

**21 . Current Partners, Officers, Directors and Shareholders**

None
■    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None
■    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|

**22 . Former partners, officers, directors and shareholders**

None
■    a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None
■    b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

**23 . Withdrawals from a partnership or distributions by a corporation**

None
■    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**24. Tax Consolidation Group.**

None
■    If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

**25. Pension Funds.**

None
■    If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

* * * * * *

**DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR**

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date  **August 19, 2015**          Signature  **/s/ Shawn Robert Mathiesen**

**Shawn Robert Mathiesen**
Debtor

Date  **August 19, 2015**          Signature  **/s/ Amy Lee Mathiesen**

**Amy Lee Mathiesen**
Joint Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

SKS Nursery, Inc.

*Paragraph 18:*

Address:           3617 Hwy H
                            Sturtevant, WI 53177

EIN Number:      39.2035915

Nature of Business:  Tree grower

Beginning & Ending
Dates of Operation:  Registered 07/17/2001.  Administratively dissolved 9/13/2011.
                           It was forced into receivership (Racine County Case 2014CV1156).
                           Judgment and Order for Application for Payment of Final Fees have been
                           filed.   Stock (trees/bushes) has been abandoned by Receiver.
                           No longer operational.

*Paragraph 19:*
a)  Frank Sterbin, CPA,  4501 Washington Ave., Racine, WI 53405
b)  N/A
c)  Debtor and Frank Sterbin CPA
d)  None

*Paragraph 20:*
  No inventories have been taken.

*Paragraph 21:*
(b) Amy Mathiesen owns 100% of the corporation.  No officers or directors.

*Paragraph 22, :*
      Not applicable

*Paragraph 23 :*
      Not applicable

*Paragraph 24:*
      Not applicable

*Paragraph 25:*
      Not applicable

*Paragraph 18:*

Address:                3617 County Highway H
                        Sturtevant, WI 53177

EIN Number:             41-2126513

Nature of Business:     Real Estate Holding

Beginning & Ending
Dates of Operation:     Began in 2003.  Administratively dissolved in 2010.  Not operational.  No
                        current assets or liabilities.

*Paragraph 19:*
a)  Frank Sterbin, CPA , 4501 Washington Ave., Racine, WI 53405
b)  *Not applicable*
c)  Debtor, Shawn, and Frank Sterbin CPA
d)  None

*Paragraph 20:*
        Not Applicable

*Paragraph 21:*
(b)     Shawn Mathiesen owned  50% of the corporation; Joe Smith owned the other 50%.  No
        officers or directors.

*Paragraph 22, :*
(b)     None

*Paragraph 23:*
        None

*Paragraph 24:*
        Not Applicable.

*Paragraph 25:*
        Not Applicable.

## The Lemon Frog, LLC.

*Paragraph 18:*

      Address:      5419 Pine Tree Road
                           P.O. Box 111
                           Sturgeon Bay, WI 54235

EIN Number:      Treated as partnership for tax purposes; use Amy's social security number XXX-XX-1294.

Nature of Business:    Consignment Shop

Beginning & Ending
Dates of Operation:    Registered 2/1/2012 - ongoing

*Paragraph 19:*
a)      Deborah Homan and Gary Lapour of Frank Sterbin, CPA SC
b)      None
c)      Deborah Homan
d)      None

*Paragraph 20:*
      None

*Paragraph 21:*
b)      Amy Mathiesen is 50% owner.  Deborah Homan owns the other 50%.

*Paragraph 22:*
b)      None

*Paragraph 23:*
      None - Business has not made a profit.

*Paragraph 24:*
      Not Applicable

*Paragraph 25:*
      Not Applicable

<u>Top Choice, LLC.</u>

*<u>Paragraph 18</u>*:
     Address:     5419 Pine Tree Road
                       P.O. Box 111
                       Sturgeon Bay, WI 54235

EIN Number:     20-5940856

Nature of Business:     Real Estate Holding

Beginning & Ending
Dates of Operation:     Registered 10/11/2006 - ongoing

*<u>Paragraph 19</u>:*
a)     Deborah K. Homan and Frank Sterbin CPA, SC
b)     None
c)     Deborah K. Homan and Frank Sterbin CPA, SC
d)     None

*<u>Paragraph 20</u>:*
     N/A

*<u>Paragraph 21</u>:*
b)   Shawn Mathiesen is 25% owner. Joseph Smith owns 25%. Deborah K. Homan owns 50%.

*<u>Paragraph 22</u>:*
b)   None

*<u>Paragraph 23</u>:*
     None

*<u>Paragraph 24</u>:*
     Not Applicable

*<u>Paragraph 25</u>:*
     Not Applicable

*Paragraph 18:*

Address: 3617 Hwy H
Sturtevant, WI 53177

EIN Number: 11-3706883

Nature of Business: Trucking Company – used for bidding jobs

Beginning & Ending
Dates of Operation: Registered 2003. Active commencing in 2007. Administratively
dissolved 9/13/2011. Not in operation

*Paragraph 19:*
a) N/A
b) N/A
c) Debtor - Amy Mathiesen
d) N/A

*Paragraph 20:*
N/A

*Paragraph 21:*
(b) Amy Mathiesen owned 100% of the corporation. No officers or directors.

*Paragraph 22, :*
(b) Not Applicable

*Paragraph 23:*
Not Applicable

*Paragraph 24:*
Not Applicable

*Paragraph 25:*
Not Applicable.

<u>Cottage Grove Homes, Inc.</u>

<u>Paragraph 18:</u>
Address:                     3617 Hwy H
                             Sturtevant, WI 53177

EIN Number:                  39.2035915

Nature of Business:          Home Building

Beginning & Ending
Dates of Operation:          Registered 05/15/2006.  Corporation had been administratively dissolved
                             in June of 2011.  Debtors' interest in th corporation terminated in 2014
                             when ownership was transferred to C. Judley Wyant, Attorney, as payment
                             for attorneys fees.  Corporation owned one piece of real estate that is
                             security for a loan to Talmer Bank in the approximate amount of
                             $150,416.00.

<u>Paragraph 19:</u>
a)  Frank Sterbin, CPA, S.C.  4501 Washington Ave., Racine, WI 53405
b)  N/A
c)  Debtor and Frank Sterbin CPA
d)  None

<u>Paragraph 20:</u>
   No inventories have been taken.

<u>Paragraph 21:</u>
(b)     None

<u>Paragraph 22 :</u>
(b)     Dean Rosenbaum

<u>Paragraph 23 :</u>
        None

<u>Paragraph 24:</u>
        Not applicable

<u>Paragraph 25:</u>
        Not applicable

*Paragraph 18:*

Address:               9110  2 Mile Road
Franksville, WI 53126

EIN Number:         Uses Debtor's social security number: XXX-XX-1294

Nature of Business:   Real Estate Holding Co.

Beginning & Ending
Dates of Operation:   10/16/2003. Ongoing

*Paragraph 19:*
a)  Frank Sterbin, CPA, SC  4501 Washington Ave., Racine, WI 53405
b)  N/A
c)  Debtor and Frank Sterbin CPA

d) None
*Paragraph 20:*
  No inventories have been taken.

*Paragraph 21:*
(b) Amy Mathiesen owns 100% of the corporation.  No officers or directors.

*Paragraph 22, :*
(b)     Not applicable

*Paragraph 23:*
     None

*Paragraph 24:*
     Not Applicable

*Paragraph 25:*
     Not Applicable

# United States Bankruptcy Court
## Eastern District of Wisconsin

In re    **Shawn Robert Mathiesen**
        **Amy Lee Mathiesen**
_____
                   Debtor(s)

Case No.    **15-28187**

Chapter    **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate. Attach additional pages if necessary.)

| Property No. 1 | |
|---|---|
| **Creditor's Name:**<br>**Harris BMO Bank Headquarters** | **Describe Property Securing Debt:**<br>**2015 Suburban** |

Property will be (check one):
     ☐ Surrendered            ■ Retained

If retaining the property, I intend to (check at least one):
     ☐ Redeem the property
     ■ Reaffirm the debt
     ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
     ■ Claimed as Exempt                  ☐ Not claimed as exempt

| Property No. 2 | |
|---|---|
| **Creditor's Name:**<br>**Internal Revenue Service** | **Describe Property Securing Debt:**<br>**All Property including: HOME AT: 9110 2 Mile Road,**<br>**Franksville, WI 53126** |

Property will be (check one):
     ☐ Surrendered            ■ Retained

If retaining the property, I intend to (check at least one):
     ☐ Redeem the property
     ☐ Reaffirm the debt
     ■ Other. Explain  **Enter into payment agreement/offer in compromise**  (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
     ■ Claimed as Exempt                  ☐ Not claimed as exempt

| Property No. 3 | |
|---|---|
| **Creditor's Name:**<br>**Oneida County Treasurer** | **Describe Property Securing Debt:**<br>**ONEIDA COUNTY:  2893 Kelly Fire Lane, Little Rice, WI**<br>**54487.**<br>**4 parcels with  #:  LR 355 1-4**<br>**Total 2014 tax FMV = $302,500.00**<br>**Appraisal dated April 23, 2015 = $195,000 les 6% broker's**<br>**fees and $1500 closing costs =** |

Property will be (check one):
- ☐ Surrendered                                        ■ Retained

If retaining the property, I intend to (check at least one):
- ☐ Redeem the property
- ☐ Reaffirm the debt
- ■ Other.  Explain   **Make payments/pay**   (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- ■ Claimed as Exempt                                        ☐ Not claimed as exempt

| Property No. 4 | |
|---|---|
| **Creditor's Name:**<br>**Park City Credit Union** | **Describe Property Securing Debt:**<br>**ONEIDA COUNTY:  2893 Kelly Fire Lane, Little Rice, WI**<br>**54487.**<br>**House on 4 parcels with  #:  LR 355 1-4**<br>**Total 2014 tax FMV = $302,500.00**<br>**Appraisal dated April 23, 2015 = $195,000 less 9% cost of**<br>**sale = $177,450.00** |

Property will be (check one):
- ☐ Surrendered                                        ■ Retained

If retaining the property, I intend to (check at least one):
- ☐ Redeem the property
- ☐ Reaffirm the debt
- ■ Other.  Explain   **Make payment pursuant to contract/note**   (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- ■ Claimed as Exempt                                        ☐ Not claimed as exempt

| Property No. 5 | |
|---|---|
| **Creditor's Name:**<br>**Racine County Treasurer** | **Describe Property Securing Debt:**<br>**VACANT LAND at 19411 Washington Ave., Union Grov, WI 53182**<br>**Tax Parcel Numbers:**<br>**03-21-07-001-022 - fmv per 2014 tax bill = $51,500. - property tax owed as of 2/28/15 = $5,884.61**<br>**03-21-07-001-023 - fmv per 2014 tax bill = $59,100; proper** |

Property will be (check one):

    ■ Surrendered                    ☐ Retained

If retaining the property, I intend to (check at least one):

    ☐ Redeem the property<br>
    ☐ Reaffirm the debt<br>
    ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):

    ■ Claimed as Exempt                    ☐ Not claimed as exempt

| Property No. 6 | |
|---|---|
| **Creditor's Name:**<br>**Racine County Treasurer** | **Describe Property Securing Debt:**<br>**HOME  AT:  9110  2 Mile Road, Franksville, WI  53126**<br>**2 parcels;  Tax Nos.  012-04-21-33-018-010**<br>**&012-04-21-32-034-010;  65.72 and 15.04  acres respectively.**<br>**Appraisal February 2015 valued property at $724,000.00; 2014 tax assessed val** |

Property will be (check one):

    ☐ Surrendered                    ■ Retained

If retaining the property, I intend to (check at least one):

    ☐ Redeem the property<br>
    ☐ Reaffirm the debt<br>
    ■ Other.  Explain  **Make payments/pay**   (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):

    ■ Claimed as Exempt                    ☐ Not claimed as exempt

| Property No. 7 | |
|---|---|
| **Creditor's Name:**<br>**Talmer Bank & Trust** | **Describe Property Securing Debt:**<br>**HOME  AT:  9110  2 Mile Road, Franksville, WI  53126**<br>**2 parcels;  Tax Nos.  012-04-21-33-018-010**<br>**&012-04-21-32-034-010;  65.72 and 15.04  acres respectively.**<br>**Appraisal February 2015 valued property at $724,000.00; 2014**<br>**tax assessed val** |

Property will be (check one):
- ☐ Surrendered              ■ Retained

If retaining the property, I intend to (check at least one):
- ☐ Redeem the property
- ☐ Reaffirm the debt
- ■ Other.  Explain  __**Make payments pursuant to contract/note**__  (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- ■ Claimed as Exempt                              ☐ Not claimed as exempt

| Property No. 8 | |
|---|---|
| **Creditor's Name:**<br>**Talmer Bank & Trust** | **Describe Property Securing Debt:**<br>**TOWN OF YORKVILLE: 19411 Washington Ave., Union**<br>**Grove, WI  53182**<br>**Vacant Land:  Tax Parcel Numbers:**<br>**03-21-07-001-022 - fmv per 2014 tax bill = $51,500.**<br>**03-21-07-001-023 - fmv per 2014 tax bill = $59,100**<br>**Debtor owns property jointly with** |

Property will be (check one):
- ■ Surrendered              ☐ Retained

If retaining the property, I intend to (check at least one):
- ☐ Redeem the property
- ☐ Reaffirm the debt
- ☐ Other.  Explain  _____  (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- ■ Claimed as Exempt                              ☐ Not claimed as exempt

| Property No. 9 | |
|---|---|
| **Creditor's Name:**<br>**Talmer Bank & Trust** | **Describe Property Securing Debt:**<br>**SKS Nursery, Inc.**<br>**THIS CORPORATION WAS FORCED INTO RECEIVERSHIP,**<br>**Racine County Case 2014CV1156.**<br>**Attorney Michael Polsky (of Beck, Chaet, Bamberger &**<br>**Polsky, S.C.) as receiver.**<br>**Property (trees, bushes etc.) was found to have no value a** |

Property will be (check one):
- ☐ Surrendered                          ■ Retained

If retaining the property, I intend to (check at least one):
- ☐ Redeem the property
- ☐ Reaffirm the debt
- ■ Other.  Explain **avoid lien using 11 U.S.C. § 522(f)**  (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- ■ Claimed as Exempt                          ☐ Not claimed as exempt

| Property No. 10 | |
|---|---|
| **Creditor's Name:**<br>**Wells Fargo Home Mortgage** | **Describe Property Securing Debt:**<br>**HOME AT: 9110 2 Mile Road, Franksville, WI 53126**<br>**2 parcels; Tax Nos. 012-04-21-33-018-010**<br>**&012-04-21-32-034-010; 65.72 and 15.04 acres respectively.**<br>**Appraisal February 2015 valued property at $724,000.00; 2014**<br>**tax assessed val** |

Property will be (check one):
- ☐ Surrendered                          ■ Retained

If retaining the property, I intend to (check at least one):
- ☐ Redeem the property
- ☐ Reaffirm the debt
- ■ Other.  Explain **make payments pursuant to contract/note**  (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- ■ Claimed as Exempt                          ☐ Not claimed as exempt

| Property No. 11 | |
|---|---|
| **Creditor's Name:**<br>**Wisconsin Dept. of Revenue** | **Describe Property Securing Debt:**<br>**All property including: HOME  AT:  9110  2 Mile Road,**<br>**Franksville, WI  53126**<br>**2 parcels;  Tax Nos.  012-04-21-33-018-010**<br>**&012-04-21-32-034-010;  65.72 and 15.04  acres respectively.**<br>**Appraisal February 2015 valued property at $724,000.0** |

Property will be (check one):
- ☐ Surrendered                                   ■ Retained

If retaining the property, I intend to (check at least one):
- ☐ Redeem the property
- ☐ Reaffirm the debt
- ■ Other.  Explain   __enter into payment arrangement/offer in compromise__   (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- ■ Claimed as Exempt                                   ☐ Not claimed as exempt

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>**-NONE-** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ YES          ☐ NO |

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date   __August 19, 2015__              Signature   **/s/ Shawn Robert Mathiesen**
                                                    **Shawn Robert Mathiesen**
                                                    Debtor

Date   __August 19, 2015__              Signature   **/s/ Amy Lee Mathiesen**
                                                    **Amy Lee Mathiesen**
                                                    Joint Debtor

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WISCONSIN

## NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $75 administrative fee, $15 trustee surcharge: Total Fee $335)

Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $75 administrative fee: Total Fee $310)

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over

a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### <u>Chapter 11</u>: Reorganization ($1,167 filing fee, $550 administrative fee: Total Fee $1,717)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### <u>Chapter 12</u>: Family Farmer or Fisherman ($200 filing fee, $75 administrative fee: Total Fee $275)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13.  The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3. <u>Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials</u>

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.  The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

# United States Bankruptcy Court
## Eastern District of Wisconsin

In re    **Shawn Robert Mathiesen**
**Amy Lee Mathiesen**

Case No.   **15-28187**

Debtor(s)    Chapter   **7**

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certification of Debtor

I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

**Shawn Robert Mathiesen**
**Amy Lee Mathiesen**

Printed Name(s) of Debtor(s)

Case No. (if known)   **15-28187**

X   **/s/ Shawn Robert Mathiesen**    **August 19, 2015**

Signature of Debtor    Date

X   **/s/ Amy Lee Mathiesen**    **August 19, 2015**

Signature of Joint Debtor (if any)    Date

---

**Instructions:** Attach a copy of Form B 201 A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1. Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor. The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

| Fill in this information to identify your case: | Check one box only as directed in this form and in Form 22A-1Supp: |

**Fill in this information to identify your case:**

Debtor 1    **Shawn Robert Mathiesen**

Debtor 2    **Amy Lee Mathiesen**
(Spouse, if filing)

United States Bankruptcy Court for the:   Eastern District of Wisconsin

Case number   **15-28187**
(if known)

**Check one box only as directed in this form and in Form 22A-1Supp:**

- ■ 1. There is no presumption of abuse
- ☐ 2. The calculation to determine if a presumption of abuse applies will be made under *Chapter 7 Means Test Calculation* (Official Form 22A-2).
- ☐ 3. The Means Test does not apply now because of qualified military service but it could apply later.

☐ Check if this is an amended filing

# Official Form 22A - 1
# Chapter 7 Statement of Your Current Monthly Income

12/14

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for being accurate. If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On the top of any additional pages, write your name and case number (if known). If you believe that you are exempted from a presumption of abuse because you do not have primarily consumer debts or because of qualifying military service, complete and file *Statement of Exemption from Presumption of Abuse Under § 707(b)(2)* (Official Form 22A-1Supp) with this form.

| Part 1: | Calculate Your Current Monthly Income |
|---|---|

1. **What is your marital and filing status?** Check one only.
   - ☐ **Not married**. Fill out Column A, lines 2-11.
   - ☐ **Married and your spouse is filing with you.** Fill out Columns A and B, lines 2-11.
   - ☐ **Married and your spouse is NOT filing with you.** You and your spouse are:
     - ☐ **Living in the same household and are not legally separated.** Fill out both Columns A and B, lines 2-11.
     - ☐ **Living separately or are legally separated.** fill out Column A, lines 2-11; do not fill out Column B. By checking this box, you declare under penalty of perjury that you and your spouse are legally separated under nonbankruptcy law that applies or that you and your spouse are living apart for reasons that do not include evading the Means Test requirements. 11 U.S.C § 707(b)(7)(B).

**Fill in the average monthly income that you received from all sources, derived during the 6 full months before you file this bankruptcy case.** 11 U.S.C. § 101(10A). For example, if you are filing on September 15, the 6-month period would be March 1 through August 31. If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6. Fill in the result. Do not include any income amount more than once. For example, if both spouses own the same rental property, put the income from that property in one column only. If you have nothing to report for any line, write $0 in the space.

| | | Column A Debtor 1 | Column B Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. | **Your gross wages, salary, tips, bonuses, overtime, and commissions** (before all payroll deductions). | $ _____ | $ _____ |
| 3. | **Alimony and maintenance payments.** Do not include payments from a spouse if Column B is filled in. | $ _____ | $ _____ |
| 4. | **All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support.** Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates. Include regular contributions from a spouse only if Column B is not filled in. Do not include payments you listed on line 3. | $ _____ | $ _____ |
| 5. | **Net income from operating a business, profession, or farm** | | |
| | Gross receipts (before all deductions)   $ _____ | | |
| | Ordinary and necessary operating expenses   -$ _____ | | |
| | Net monthly income from a business, profession, or farm   $ _____   **Copy here ->** $ | $ _____ | $ _____ |
| 6. | **Net income from rental and other real property** | | |
| | Gross receipts (before all deductions)   $ _____ | | |
| | Ordinary and necessary operating expenses   -$ _____ | | |
| | Net monthly income from rental or other real property   $ _____   **Copy here ->** $ | $ _____ | $ _____ |
| 7. | **Interest, dividends, and royalties** | $ _____ | $ _____ |

Case 15-28187-gmh    Doc 11    Filed 08/19/15    Page 72 of 75

| | Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |
|---|---|---|
| 8. **Unemployment compensation** | $ _____ | $ _____ |
| Do not enter the amount if you contend that the amount received was a benefit under the Social Security Act. Instead, list it here: | | |
| For you ........................................ $ _____ | | |
| For your spouse .......................... $ _____ | | |
| 9. **Pension or retirement income.** Do not include any amount received that was a benefit under the Social Security Act. | $ _____ | $ _____ |
| 10. **Income from all other sources not listed above.** Specify the source and amount. Do not include any benefits received under the Social Security Act or payments received as a victim of a war crime, a crime against humanity, or international or domestic terrorism. If necessary, list other sources on a separate page and put the total on line 10c. | | |
| 10a. _____ | $ _____ | $ _____ |
| 10b. _____ | $ _____ | $ _____ |
| 10c. Total amounts from separate pages, if any. | + $ _____ | $ _____ |

| 11. **Calculate your total current monthly income.** Add lines 2 through 10 for each column. Then add the total for Column A to the total for Column B. | $ _____ | + $ _____ | = $ _____<br>**Total current monthly income** |

---

**Part 2:** Determine Whether the Means Test Applies to You

12. **Calculate your current monthly income for the year.** Follow these steps:

12a. Copy your total current monthly income from line 11 ............ **Copy line 11 here=>**  12a. $ _____

Multiply by 12 (the number of months in a year)   **x 12**

12b. The result is your annual income for this part of the form   12b. $ _____

13. **Calculate the median family income that applies to you.** Follow these steps:

Fill in the state in which you live. _____

Fill in the number of people in your household. _____

Fill in the median family income for your state and size of household. ............   13. $ _____

14. **How do the lines compare?**

14a. ☐ Line 12b is less than or equal to line 13. On the top of page 1, check box 1, *There is no presumption of abuse.* Go to Part 3.

14b. ☐ Line 12b is more than line 13. On the top of page 1, check box 2, *The presumption of abuse is determined by Form 22A-2.* Go to Part 3 and fill out Form 22A-2.

---

**Part 3:** Sign Below

By signing here, I declare under penalty of perjury that the information on this statement and in any attachments is true and correct.

X **/s/ Shawn Robert Mathiesen**          X **/s/ Amy Lee Mathiesen**
**Shawn Robert Mathiesen**                **Amy Lee Mathiesen**
Signature of Debtor 1                     Signature of Debtor 2

Date **August 19, 2015**                  Date **August 19, 2015**
MM / DD / YYYY                            MM / DD / YYYY

If you checked line 14a, do NOT fill out or file Form 22A-2.

If you checked line 14b, fill out Form 22A-2 and file it with this form.

| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 **Shawn Robert Mathiesen** | |
| Debtor 2 **Amy Lee Mathiesen**<br>(Spouse, if filing) | |
| United States Bankruptcy Court for the: **Eastern District of Wisconsin** | |
| Case number **15-28187**<br>(if known) | ☐ Check if this is an amended filing |

# Official Form 22A - 1Supp
## Statement of Exemption from Presumption of Abuse Under § 707(b)(2) 12/14

File this supplement together with *Chapter 7 Statement of Your Current Monthly Income* (Official Form 22A-1), if you believe that you are exempted from a presumption of abuse. Be as complete and accurate as possible. If two married people are filing together, and any of the exclusions in this statement applies to only one of you, the other person should complete a separate Form 22A-1 If you believe that this is required by 11 U.S.C. § 707(b)(2)(C).

### Part 1: Identify the Kind of Debts You Have

1. **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose." Make sure that your answer is consistent with the "Nature of Debts" box on page 1 of the *Voluntary Petition* (Official Form 1).

   ■ No.   Go to Form 22A-1; on the top of page 1 of that form, check box 1, *There is no presumption of abuse,* and sign Part 3. Then submit this supplement with the signed Form 22A-1.

   ☐ Yes.  Go to Part 2.

### Part 2: Determine Whether Military Service Provisions Apply to You

2. **Are you a disabled veteran** (as defined in 38 U.S.C. § 3741(1))?

   ☐ No.   Go to line 3.

   ☐ Yes.  Did you incur debts mostly while you were on active duty or while you were performing a homeland defense activity?
   10 U.S.C. § 101(d)(1); 32 U.S.C. § 901(1).

      ☐ No.   Go to line 3.

      ☐ Yes.  Go to Form 22A-1: on the top of page 1 of that form, check box 1, *There is no presumption of abuse,* and sign Part 3. Then submit this supplement with the signed Form 22A-1.

3. **Are you or have you been a Reservist or member of the National Guard?**

   ☐ No.   Complete Form 22A-1. Do not submit this supplement.

   ☐ Yes.  Were you called to active duty or did you perform a homeland defense activity? 10 U.S.C. § 101(d)(1); 32 U.S.C. § 901(1).

      ☐ No.   Complete Form 22A-1. Do not submit this supplement.

      ☐ Yes.  Check any one of the following categories that applies:

|  |  |
|---|---|
| ☐ **I was called to active duty after September 11, 2001,** for at least 90 days and remain on active duty. | If you checked one of the categories to the left, go to Form 22A-1. On the top of page 1 of Form 22A-1, check box 1, *There is no presumption of abuse,* and sign Part 3. Then submit this supplement with the signed Form 22A-1. you are not required to fill out the rest of Official Form 22A-1 during the exclusion period. The *exclusion period* means the time you are on active duty or are performing a homeland defense activity, and for 540 days afterward. 11 U.S.C. § 707(b)(@)(D)(ii). |
| ☐ **I was called to active duty after September 11, 2001,** for at least 90 days and was released from active duty on _____ ,which is fewer than 540 days before I file this bankruptcy case. | |
| ☐ **I am performing a homeland defense activity for at least 90 days.** | |
| ☐ **I performed a homeland defense activity for at least 90 days,** ending on _____ ,which is fewer than 540 days before I file this bankruptcy case. | If your exclusion period ends  before your case is closed, you may have to file an amended form later. |

# United States Bankruptcy Court
## Eastern District of Wisconsin

In re    **Shawn Robert Mathiesen**
**Amy Lee Mathiesen**

       Debtor(s)

Case No.   **15-28187**

Chapter   **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | For legal services, I have agreed to accept | $ | 3,500.00 |
   |---|---|---|
   | Prior to the filing of this statement I have received | $ | 0.00 |
   | Balance Due | $ | 3,500.00 |

2. $ **310.00** of the filing fee has been paid.

3. The source of the compensation paid to me was:

   ■ Debtor      ☐ Other (specify):

4. The source of compensation to be paid to me is:

   ■ Debtor      ☐ Other (specify):

5. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]
      **Representation limited solely to preparation and filing of initial petition, matrix, statement of social security and credit counseling certificate and form D.**

7. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
      **anything not listed above.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:   **August 19, 2015**

**/s/ ABRAHAM MICHELSON**
**ABRAHAM MICHELSON**
**MICHELSON LAW OFFICE**
**P.O. BOX 67**
**617 - 6TH STREET**
**RACINE, WI 53401-0067**
**262-638-8400 Fax: 262-638-1818**
**amichelson@michelsonlawracine.com**